# EXHIBIT 1

Int. Cls.: 7, 12 and 37

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, 35, 44, 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 3,606,168
Registered Apr. 14, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



KTM-SPORTMOTORCYCLE AG (AUSTRIA PUBLIC LIMITED COMPANY)
STALLHOFNER STRASSE 3
A-5230 MATTIGHOFEN
AUSTRIA

FOR: RADIATORS FOR ENGINES FOR MOTOR VEHICLES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: BICYCLES, MOTORCYCLES, LIGHT MOTORCYCLES, SCOOTERS, MOPEDS, AND THEIR PARTS AND ACCESSORIES, NAMELY, MOTORS FOR LAND VEHICLES, SADDLES FOR BICYCLES AND MOTORCYCLES, TIRES, WHEELS, RIMS, BRAKE LININGS, BRAKE DISCS, AERO-DYNAMIC FAIRINGS, LUGGAGE CARRIERS FOR MOTORCYCLES, CASES FOR LUGGAGE ADAPTED FOR USE WITH MOTORCYCLES, TRANSPORT CASES ADAPTED FOR USE WITH MOTORCYCLES, SADDLEBAGS ADAPTED FOR USE WITH BICYCLES AND MOTORCYCLES, TANK BAGS ADAPTED FOR USE WITH MOTORCYCLES, BICYCLE STANDS, MUDGUARDS, SPOILERS, REAR-VIEW MIRRORS, LICENSE PLATE CARRIERS, COMPETITION NUMBER PLATES, FUEL TANK CAPS, FUEL TANKS, CHAINS, FANS AND CYLINDERS FOR MOTORS, REAR SILENCERS, EXHAUST SILENCERS, MOTORCYCLE SEATS, CYLINDER HEADS, IGNITION COVERS; LAND VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: MAINTENANCE AND REPAIR OF MOTOR VEHICLES; REPAIR OF MOTOR VEHICLES AND ENGINES, AND REPAIRING PARTS OF THESE PRODUCTS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

OWNER OF INTERNATIONAL REGISTRATION 0940018 DATED 7-12-2007, EXPIRES 7-12-2017.

SER. NO. 79-044,790, FILED 7-12-2007.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cls.: 7, 12 and 37

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, 35, 44, 100, 103 and 106

United States Patent and Trademark Office

Reg. No. 3,547,084
Registered Dec. 16, 2008

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER



KTM-SPORTMOTORCYCLE AG (AUSTRIA PUBLIC LIMITED COMPANY)
STALLHOFNER STRAßE 3
A-5230 MATTIGHOFEN
AUSTRIA

FOR: RADIATORS FOR ENGINES FOR MOTOR VEHICLES; CYLINDERS FOR MOTORS FOR LAND VEHICLES, REAR SILENCERS AS PART OF VEHICLE EXHAUST SYSTEMS, EXHAUST SILENCERS FOR ENGINES, CYLINDER HEADS, FANS FOR MOTORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: BICYCLES, MOTORCYCLES, LIGHT MOTORCYCLES, SCOOTERS, MOPEDS, AND THEIR PARTS AND ACCESSORIES, NAMELY, MOTORS FOR LAND VEHICLES, SADDLES FOR BICYCLES AND MOTORCYCLES, TIRES, WHEELS, WHEEL RIMS, BRAKE DISCS, BRAKE LININGS, AERODYNAMIC FAIRINGS, LUGGAGE CARRIERS FOR MOTORCYCLES, CASES FOR LUGGAGE ADAPTED FOR USE WITH MOTORCYCLES, TRANSPORT CASES ADAPTED FOR USE WITH MOTORCYCLES, SADDLEBAGS ADAPTED FOR USE WITH BICYCLES AND MOTORCYCLES, TANK BAGS ADAPTED FOR USE WITH MOTORCYCLES, BICYCLE STANDS, MUDGUARDS, SPOILERS, TAILGATE OR REAR SECTION, REAR-VIEW MIRRORS, LICENSE PLATE CARRIERS, COMPETITION NUMBER PLATES, FUEL TANK CAPS, FUEL TANKS, CHAINS, MOTORCYCLES SEATS, LAND VEHICLES AND STRUCTURAL PARTS THEREFORE, IGNITION COVERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: MAINTENANCE AND REPAIR OF MOTOR VEHICLES; REPAIR OF MOTOR VEHICLES AND ENGINES AND REPAIRING PARTS AND THESE PRODUCTS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

OWNER OF INTERNATIONAL REGISTRATION 0947655 DATED 7-13-2007, EXPIRES 7-13-2017.

THE COLOR(S) BLACK AND ORANGE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A ORANGE RECTANGLE, WITH THE LETTERS "KTM" IN THE MIDDLE OF THE ORANGE RECTANGLE. THE LETTERS ARE IN BLACK.

SER. NO. 79-047,790, FILED 7-13-2007.

TAMARA FRAZIER, EXAMINING ATTORNEY

Int. Cls.: **12 and 37**

Prior U.S. Cls.: **19, 21, 23, 31, 35, 44, 100, 103 and 106**

**United States Patent and Trademark Office**

Reg. No. **3,440,999**
Registered June 3, 2008

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# KTM

KTM-SPORTMOTORCYCLE AG (AUSTRIA PUBLIC LIMITED COMPANY)
STALLHOFNER STRASSE 3
A-5230 MATTIGHOFEN
AUSTRIA

FOR: LAND VEHICLES AND STRUCTURAL PARTS THEREFORE, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: REPAIR OF MOTOR VEHICLES AND MOTORS FOR MOTOR VEHICLES; REPAIR OF MOTOR VEHICLE PARTS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 11-22-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0924147 DATED 4-2-2007, EXPIRES 4-2-2017.

SER. NO. 79-038,472, FILED 4-2-2007.

VERNA BETH RIRIE, EXAMINING ATTORNEY

Int. Cls.: 7, 9, 12, 14, 16, 18, 25, 37 and 41

Prior U.S. Cls.: 1, 2, 3, 5, 13, 19, 21, 22, 23, 26, 27, 28, 29, 31, 34, 35, 36, 37, 38, 39, 41, 44, 50, 100, 101, 103, 106 and 107

Reg. No. 3,436,150

**United States Patent and Trademark Office**  Registered May 27, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# KTM

KTM-SPORTMOTORCYCLE AG (AUSTRIA CORPORATION)
STALLHOFNER STRAßE 3
A-5230 MATTIGHOFEN
AUSTRIA

FOR: RADIATORS FOR MOTOR VEHICLE ENGINES; ENGINE TIMING COMPONENTS, NAMELY, CHAINS FOR MOTORS OTHER THAN FOR LAND VEHICLES; FANS AND CYLINDERS FOR MOTORS OTHER THAN FOR LAND VEHICLES, REAR SILENCERS AS PART OF VEHICLE EXHAUST SYSTEMS; EXHAUST SILENCERS FOR ENGINES, CYLINDER HEADS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: PROTECTIVE CLOTHING, NAMELY, CLOTHING FOR PROTECTION AGAINST ACCIDENTS, IRRADIATION AND FIRE; GLOVES FOR PROTECTION AGAINST ACCIDENTS; ANTI-GLARE GOGGLES FOR USE IN SPORTS, SUNGLASSES; LEATHER KIDNEY SUPPORT BELTS FOR WORKERS FOR PROTECTION AGAINST ACCIDENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BICYCLES, MOTORCYCLES, LIGHT MOTORCYCLES, SCOOTERS, MOPEDS, AS WELL AS THEIR PARTS, NAMELY, MOTORS FOR LAND VEHICLES, SADDLES FOR BICYCLES AND MOTORCYCLES, SADDLE COVERS FOR BICYCLES AND MOTORCYCLES, TYRES, WHEELS, RIMS, BRAKE LININGS, BRAKE DISCS, FAIRINGS, LUGGAGE CARRIERS FOR VEHICLES, CASES FOR LUGGAGE ADAPTED FOR USE WITH MOTORCYCLES, SADDLEBAGS ADAPTED FOR USE WITH BICYCLES AND MOTORCYCLES AND TANK BAGS ADAPTED FOR USE WITH MOTORCYCLES, STANDS, MUDGUARDS, SPOILERS, REAR PARTS OF VEHICLES, REARVIEW MIRRORS, FUEL TANK CAPS, FUEL TANKS, SEATING BENCHES, IGNITION COVERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: PRECIOUS METAL KEY FOBS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: CASES FOR DRIVING LICENCES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER, NAMELY, SADDLEBAGS, SPORTS BAGS, BUM BAGS, WALLETS, BACKPACKS, DUFFEL BAGS, TRAVEL BAGS; UMBRELLAS, PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, T-SHIRTS, POLO-SHIRTS, SWEATSHIRTS, BLOUSONS, JACKETS, PULLOVERS, SHIRTS, PARKAS, TROUSERS, OVERALLS, GLOVES, GLOVES FOR MOTORCYCLISTS, T-SHIRTS FOR MOTORCYCLISTS, UNDERWEAR, AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: MAINTENANCE AND REPAIR OF MOTOR VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: ENTERTAINMENT IN THE NATURE OF MOTORCYCLING EVENTS AND ORGANIZING MOTORCYCLE RACING ADVENTURE COMPETITIONS WHICH LAST SEVERAL DAYS; ORGANIZ-

ING COMMUNITY SPORTING AND CULTURAL EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 4-20-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0861806 DATED 10-19-2004, EXPIRES 10-19-2014.

SER. NO. 79-015,237, FILED 10-19-2004.

CAROL SPILS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# DUKE

**Reg. No. 4,650,809**  
**Registered Dec. 9, 2014**

**Int. Cls.: 12, 37 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KTM-SPORTMOTORCYCLE AG (AUSTRIA PUBLIC LIMITED COMPANY)  
STALLHOFNER STRABE 3  
A-5230 MATTIGHOFEN, AUSTRIA

FOR: MOTORCYCLES, LIGHT MOTORCYCLES, SCOOTERS, MOPEDS, AS WELL AS THEIR PARTS AND ACCESSORIES, NAMELY, MOTORS FOR LAND VEHICLES, SADDLES FOR MOTORCYCLES, WHEELS, RIMS, BRAKE LININGS, BRAKE DISCS, FAIRINGS, FOR MOTORCYCLES, STANDS, SPOILERS, FUEL TANK CAPS, FUEL TANKS, CHAINS, MOTORCYCLE SEATS, AND IGNITION COVERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: MAINTENANCE AND REPAIR OF MOTOR VEHICLES; REPAIR OF MOTOR VEHICLES AND ENGINES AS WELL AS PARTS OF THESE PRODUCTS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: ENTERTAINMENT, IN THE NATURE OF MOTORCYCLING EVENTS AND ORGANIZING MOTORCYCLE RACING ADVENTURE COMPETITIONS WHICH LAST SEVERAL DAYS; SPORTING AND ENTERTAINMENT COMPETITIONS WITH RESPECT TO MOTORCYCLES; MOTORCYCLE RACES; ORGANIZING MOTORCYCLE SHOWS WITH STUNT RIDERS AND FREESTYLE RIDERS; ALL SUCH SERVICES EXCLUDING ENTERTAINMENT FEATURING COLLEGIATE TEAMS, COLLEGIATE EVENTS AND COLLEGIATE COMPETITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 12-23-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1088678 DATED 3-28-2011, EXPIRES 3-28-2021.

SER. NO. 79-101,809, FILED 3-28-2011.

WILLIAM ROSSMAN, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office