# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KTM AG, | ) |
| | ) Case No. 21-cv-1279 |
| Plaintiff, | ) |
| | ) |
| | ) Judge Robert M. Dow, Jr. |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, May 12, 2021, at 9:15 a.m., Plaintiff, by its counsel, shall appear before the Honorable Robert M. Dow, Jr., and present Plaintiff's Ex-Parte Motion to Extend the Temporary Restraining Order.

Respectfully submitted,

Dated: May 6, 2021

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
KTM AG

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 6, 2021.

                                                  s/Michael A. Hierl