**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: KTM v. The Partnerships, et al.    Case Number: 1:21-cv-1279

An appearance is hereby filed by the undersigned as attorney for:
Defendants Cooltoys Sales, Corrida, DEEPSOUND, Disenparts, eStarpro, Goodicare, Googas, Hale Dillon, JEM&JULES

Attorney name (type or print):  Erin K. Russell

Firm:    The Russell Firm, LLC

Street address:    833 W. Chicago Avenue, Suite 508

City/State/Zip:    Chicago, IL 60642

Bar ID Number:  6287255    Telephone Number:    312-994-2424
(See item 3 in instructions)

Email Address: erin@russellfirmip.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 19, 2021

Attorney signature:    S/ Erin K. Russell
                    (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015