Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 1 of 56 PageID #:1812

☰ **amazon**   Deliver to Bensenville 60106   All ▾ | KTM   🔍 | 🇺🇸   Hello, Sign in Account ▾   Returns & Orders   🛒 0

Gift Cards   Best Sellers   Prime ▾   Customer Service   New Releases   Find a Gift   Whole Foods   Books   AmazonBasics   Kindle Books   Today's Deals     Shop Holiday Gift Guides

🍂 See Automotive holiday deals   Shop now ▸

Automotive › Motorcycle & Powersports › Parts › Electrical & Batteries › Starters



Roll over image to zoom in

## INEEDUP Starter Relay Solenoid 58211058000 Compatible for 2003-2017 <span style="border:1px solid">KTM</span> 250 2009-2010 2017 KTM 300 2011-2017 2017 KTM 350 2007 2009 2011-2012 2014 KTM 450

Brand: Ineedup

Price: **$9.45** & FREE Shipping

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- WHEELER/MOTORCYCLE COMPATIBILITY - The starter solenoid replacement perfectly fits for 2003-2017 KTM 250 2009-2010 2017 KTM 300 2011-2017 KTM 350 2007 2009 2011-2012 2014 KTM 450
- OEM CODE -58211058000
- STARTER SOLENOID FEATURE -The starter solenoid serves primarily as an electric switch. The solenoid completes the circuit between the 4 wheeler or motorcycles battery and the starter motor. An electrically activated lever inside the solenoid engages a drive pinion and clutch assembly. With the starter motor activated and its clutch moved into the start position, the energy and torque is produced to turn a flywheel that cranks the engine and the solenoid switches off the starter motor.
- EXCEED 10000 USING TIMES -Starter relay solenoid undergone a series tests for conductivity and overall performance. Heavy contacts inside starter solenoid are tungsten/silver-made to withstand electrical wear caused by repeated contact contributes to the reality of extremely low malfunction rate as well as ultra lifespan . The contact studs are made from solid and pure copper. It improves the electrical conductivity for efficient transmission of current from the battery to the starter solenoid.
- ANTI-RUST & PRESERVATIVE - ISO 16949 & 9001 quality control system.The base plates and housing of starter relay solenoid are adapted by robust glass fiber polyamide material ,combined the item with quality of corrosion-resistant and anti-rust.When it comes to the ability to withstand a broad range of temperatures, starter switch relays can operate within the ranges from -30Å°C to 180Å°C without failing.

› See more product details

› Compare with similar items

**$9.45**
& FREE Shipping

Arrives: Dec 9 - 16

**Only 15 left in stock - order soon.**

Qty: 15 ▾

[ 🛒   Add to Cart ]

[ ▶   Buy Now ]

🔒 Secure transaction

Ships from Ineedup
Sold by Ineedup

Return policy: Extended holiday return window till Jan 31, 2021

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

### Products related to this item
Sponsored ⓘ         Page 1 of 15

‹

     

›

| KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000 | 2007 2008 2009 2010 2011 fits KTM 450 XC-W 48 Tooth Rear Sprocket | 13 Tooth Front Sprocket fits for KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014 | 2011 2012 2013 2014 KTM 300 XC-W 300 13 Tooth Front and 50 Tooth Rear Sprocket | 2007 2008 2009 2010 2011 2012 2013 fits KTM 450 XC-F 52 Tooth Rear Sprocket | 2007 2008 2009 fits KTM 300 XC 300 13 Tooth Front and 48 Tooth Rear Sprocket |
|---|---|---|---|---|---|
| ★★★★☆ 24 | | | | | |
| $31.49 | $28.95 | $18.95 | $39.95 | $28.95 | $39.95 |

### Customers also viewed these products
        Page 1 of 7

‹

     

›

| KTM REAR GRAB HANDLE 2011-2019 125 150 250 300 350 450 SX XC SX-F EXC-F XC-F... | New Starter Replacement For 2008-2014 KTM Motorcycle 200 250 300 200EXC... | KTM 2008-2012 200 250 300 450 50 XC EXC XCW Headlight Assembly Orange MASK KIT | NEW KTM UNIVERSAL BAG 2007-2017 690 1190 1290 DUKE ENDURO ADVENTURE... | Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350... | Rareelectrical NEW STARTER COMPATIBLE WITH KTM MOTORCYCLES... |
|---|---|---|---|---|---|
| ★★★★☆ 19 | ★★★★☆ 31 | ★★★★☆ 8 | ★★★☆☆ 25 | ★★★★☆ 54 | ★★★★☆ 5 |
| $41.99 | $39.95 | $165.00 Only 2 left in stock - order... | $67.99 | $23.99 Only 12 left in stock - order... | $60.90 |

### More to consider from our brands

12/3/2020  Amazon.com: INEEDUP Starter Relay Solenoid 58211058000,Compatible for 2003-2017 KTM 250 2009-2010 2012 KTM 300 2011-2017 KTM 350 2007 2009 2011-2012 2014 KTM 450

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 2 of 56 PageID #:1613



ConPus Starter Solenoid
Relay for Polaris
Sportsman Scrambler
500 600 1997 2004

## Compare with similar items

| |  |  |  |  |
|---|---|---|---|---|
| | **This item** INEEDUP Starter Relay Solenoid 58211058000 Compatible for 2003-2017 KTM 250 2009-2010 2017 KTM 300 2011-2017 KTM 350 2007 2009 2011-2012 2014 KTM 450 | CCIYU Starter Relay Solenoid Fit For 2003-2017 KTM 250 2009-2010 2017 KTM 300 2011-2017 KTM 350 2007 2009 2011-2012 2014 KTM 450 58211058000 | CTCAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-T-M 250 2009-2010 2017 K-T-M 300 2011-2017 K-T-M 350 2007 2009 2011-2012 2014 K-T-M 450 | cciyu Starter Relay Solenoid Fit For 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450 |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |
| Price | $9$^{45}$ | $9$^{19}$ | $13$^{52}$ | $17$^{09}$ |
| Sold By | Ineedup | cciyu | CTCAUTO | cciyu |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$0.00 instead of $9.45**! Get **$10.00** off instantly as a gift card upon approval for the **Amazon.com Store Card. Learn more.**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | INEEDUP |
| Brand | Ineedup |
| Item Weight | 3.87 ounces |
| Product Dimensions | 3.15 x 2.36 x 1.97 inches |
| Item model number | 160124-5208-1159378011 |
| Manufacturer Part Number | 160124-5208-1159378011 |

### Additional Information

| | |
|---|---|
| ASIN | B0851YG5K8 |
| Best Sellers Rank | #1,709,243 in Automotive (See Top 100 in Automotive)<br>#4,956 in Powersports Starters |
| Date First Available | February 22, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

12/3/2020     Amazon.com: INEED UP Starter Relay Solenoid 58211058000 ,Compatible for 2003-2017 KTM 250 2009-2010 2012 KTM 300 2011-2017 KTM 350 2007 2009-2011-2012 2014 KTM 450

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 3 of 56 PageID #:1614

## Videos

### Videos for related products


0:39
Remove the Solenoid
eHow


1:42
About the Harley Davidson Fat Boy
eHow


0:51
Replace Motorcycle Solenoid
eHow


0:21
maXpeedingrods Complete Recoil Starter Pull Start Assembly for…
maXpeedingrods-us


NICHE Your Afterm…
Powersports Repla…
Mishon Corporation

Upload your video

## Product description

**Fitment¼ś**
2003-2005 KTM 250 EXC Racing
2012-2017 KTM 250 SXF
2009-2013 KTM 250 XC
2007-2009 2012-2013 KTM 250 XC-F
2006-2013 KTM 250 XCF-W
2010 KTM 250 XCF-W Champions Edition
2011 KTM 250 XCF-W Six Days
2008-2013 KTM 250 XCW
2009-2010 2017 KTM 300 XC
2013-2016 KTM 350 EXC F
2011-2017 KTM 350 SXF
2009 2011 KTM 450 EXC
2007 KTM 450 EXC Racing
2012 2014 KTM 450 SMR

**Specification:**
Condition: New
Surface Finish: Metal
High Quality



Grant a few birthday wishes
Shop gift cards ›

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

˅ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

☰ **amazon**    Deliver to 📍 Bensenville 60106    Ineedup   KTM      🔍    🇺🇸    Hello, Sign in Account ▾    Returns & Orders    🛒 0

Gift Cards   Best Sellers   Prime ▾   Customer Service   New Releases   Find a Gift   Whole Foods   Books   AmazonBasics   Kindle Books   Today's Deals   Toys & Games   Sell   Fashion

11 results for **"KTM"**           Sort by: Featured ▾



INEEDUP Starter Relay Solenoid 58211058000 Compatible for 2003-2017 KTM 250 2009-2010 2017 KTM 300 2011-2017 KTM 350 2007 2009...
$9⁴⁵
FREE Shipping
Only 15 left in stock - order soon.



INEEDUP 19620 Starter Starter Motor Replacement For 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010...
$42⁹³
FREE Shipping



INEEDUP 19091 Starter Starter Motor Replacement For 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R
$70⁷⁰
FREE Shipping



INEEDUP Starter SMU0417 19620 Replacement Compatible For KTM Motorcycles 450 XC-W / 520 EXC Racing / 520 MXC / 520 SX Racing / 52...
$49⁹³
FREE Shipping



INEEDUP PWK 32MM Carburetor Carb Compatible for 1976-1983 Yamaha YZ100 1974-2018 Yamaha YZ125 1976 Yamaha YZ175 1974-2001...
$36⁵⁵
FREE Shipping



INEEDUP B1312002 60cm Motorcycle Brake Oil Hose Line Fit for 1980 1982 1984 1989 1991 1993-1994 1998 2000 2002 2006-2007 for Hond...
$18²⁷
FREE Shipping



INEEDUP PWK 34MM Carburetor Carb Compatible for Keihin OKO PWK Power Jet Carburetor Carb Universal For Motorcycle, Scooters, Dirt Bike,...
$28⁵⁵
FREE Shipping

12/3/2020

Select Shipping Options - Amazon.com Checkout



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Choose your shipping options

Continue

### Shipment 1 of 1

**Shipping from Ineedup**   (Learn more)

Shipping to ▆▆▆ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **INEEDUP Starter Relay Solenoid 58211058000 Compatible for 2003-2017 KTM 250 2009-2010 2017 KTM 300 2011-2017 KTM 350 2007 2009 2011-2012 2014 KTM 450**
  $9.45 - Quantity: 15
  Sold by: Ineedup

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Dec. 10 - Friday, Dec. 18**
   FREE Shipping

● **Wednesday, Dec. 9 - Wednesday, Dec. 16**
   FREE Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Place Your Order - Amazon.com Checkout



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions
Ship to multiple addresses

**Payment method** Change

ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items (15): | $141.75 |
| Shipping & handling: | $0.00 |
| Total before tax: | $141.75 |
| Estimated tax to be collected:* | $8.85 |

**Order total:** **$150.60**

How are shipping costs calculated?

---

**FREE TRIAL**

we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days ›

**Estimated delivery:** Dec. 9, 2020 - Dec. 16, 2020

INEEDUP Starter Relay Solenoid
5821105B000 Compatible for 2003-2017 KTM
250 2009-2010 2017 KTM 300 2011-2017
KTM 350 2007 2009 2011-2012 2014 KTM
450
$9.45
Quantity: 15 Change
Sold by: Ineedup
Gift options not available.

**Choose a delivery option:**

○ **Thursday, Dec. 10 - Friday, Dec. 18**
FREE Shipping

● **Wednesday, Dec. 9 - Wednesday, Dec. 16**
FREE Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

---

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 7 of 56 PageID #:1818

≡ **amazon**  Deliver to Bensenville 60106  | All | KTM |  🔍  Hello, Sign in Account &  Returns & Orders  🛒 0

Gift Cards  Best Sellers  Prime ▾  Customer Service  New Releases  Find a Gift  Whole Foods  Books  AmazonBasics  Kindle Books  Today's Deals      Spread cheer with Holiday Deals

‹ Back to results



      

Your chance to win a 2021 Hyundai Santa Fe

## INEEDUP 19620 Starter Starter Motor Replacement For 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010 KTM 400 2003-2011 KTM 450

Brand: Ineedup

Price: **$42.93** & **FREE Shipping**

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- REPLACEMENT FOR- 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010 KTM 400 2003-2011 KTM 450 2001-2002 KTM 520 2003-2007 KTM 525 2008-2011 KTM 530 2001-2005 KTM 540
- OE PART NUMBER-19620,ARROWHEAD SMU0417 BETA 3625366000 J & N 410-54136 KTM 59040001000, 78040001000 LESTER 19620 MITSUBA SM14, SM14-228POLARIS 4011801 SOCIETA GENERALE RICAMBI 17.8191 TUCKER ROCKY 463985, 495806, 49-5806 WAI 19620N
- Advantages-Manufactured according to factory OE standards, it is easy to install and easy to maintain.
- Function - Converts the battery's electrical energy into mechanical energy, driving the engine flywheel to rotate the engine.
- Attention-This starter can only work properly on vehicles with these exact options. If your vehicle does not have the options listed, the starter may not work properly. So please make sure that the product is suitable for your vehicle and meet your needs before placing an order.

› See more product details

Compare with similar items

**$42.93**
& FREE Shipping

Arrives: Dec 9 - 16

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  Ineedup
Sold by  Ineedup

Return policy: Extended holiday return window till Jan 31, 2021
▾

⊙ Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Customers also viewed these products

‹

Page 1 of 8

     

New Starter Replacement For 2008-2014 KTM Motorcycle 200 250 300 200EXC...
★★★★☆ 31
$39.95

Rareelectrical NEW STARTER COMPATIBLE WITH KTM MOTORCYCLES...
★★★★☆ 5
$60.90

New Starter Replacement For Polaris 3090188 3084981 57-2688 Sportsmen...
★★★★☆ 410
$31.95

DB Electrical SMU0504 New Starter Compatible with/Replacement for KTM 250 EXC-F 250...
★★★★★ 1
$90.16
Only 2 left in stock (more...)

NICHE Starter Motor Assembly 55140001000 for 2007-2016 KTM Motorcycle 300 200...
★★★☆☆ 4
$61.99

WonVon 12v Starter Motor 55140001000 For KTM Motorcycle 250 300 XC EXC 2008 TO 2016
$49.99
Only 14 left in stock - orde...

›

---

### Products related to this item

Sponsored ⓘ

Page 1 of 13

‹

1999 2000 2001 2002 2003 2004 2005 2006 2007 fits KTM 400 EXC 50 Tooth Rear Sprocket
$28.95

2007 2008 2009 2010 2011 fits KTM 450 XC-W 48 Tooth Rear Sprocket
$28.95

2007 2008 2009 2010 2011 2012 2013 fits KTM 450 XC-F 52 Tooth Rear Sprocket
$28.95

1999 2000 2001 2002 2003 2004 2005 2006 2007 fits KTM 400 SX 14 Tooth Front Sprocket
$18.95

13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014
$18.95

2003 2004 2005 2006 2007 2008 fits KTM 125 SX 14 Tooth Front & 48 Tooth Rear Sprocket
$39.95

›

---

## Compare with similar items

Save on Amazon Basics Motor Oil Shop now ›

‹ Back to results

Roll over image to zoom in

# INEEDUP 19091 Starter Starter Motor Replacement For 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R

Brand: Ineedup

Price: $70.70 & **FREE Shipping**

**Pay $11.78/month for 6 months, interest-free upon approval for the Amazon Rewards Visa Card**

- REPLACEMENT FOR- 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R
- OE PART NUMBER-19091,Arrowhead SMU0505, SMU0525 KTM 55140001000, 55140001100 Lester 19091, 19091N Tucker Rocky 464244
- Advantages-Manufactured according to factory OE standards, it is easy to install and easy to maintain.
- Function - Converts the batterys electrical energy into mechanical energy, driving the engine flywheel to rotate the engine.
- Attention-This starter can only work properly on vehicles with these exact options. If your vehicle does not have the options listed, the starter may not work properly. So please make sure that the product is suitable for your vehicle and meet your needs before placing an order.

› See more product details

$70.70

& **FREE Shipping**

Arrives: **Dec 9 - 16**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Ineedup
Sold by Ineedup

Return policy: Extended holiday return window till Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?

Sell on Amazon

## Products related to this item

Page 1 of 15

Sponsored

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
24
$31.49

KTM 250 SX/XC/XC-W TPI/XC TPI Piston Kit 2019 2020 OEM: 00050000262
$312.19

KTM Piston Kit 250 SX-F 2015-2020 OEM: 79030207000 I
$407.70

KTM PowerParts Composite Skid Plate KTM 250 350 SX-F/XC-F Cmpl. 2019-2020
$207.99

KTM Footrest Left Rally 2004-2016 OEM: 76203040250
$101.84

See all vehicles this product fits.

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$60.70 instead of $70.70**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | INEEDUP |
| Brand | Ineedup |
| Item Weight | 1.8 pounds |
| Product Dimensions | 7.87 x 4.33 x 4.33 inches |
| Item model number | 112601-5208-1610081761 |
| Exterior | Machined |
| Manufacturer Part Number | 112601-5208-1610081761 |
| OEM Part Number | 19091 Arrowhead SMU0505 SMU0525 |

### Additional Information

| | |
|---|---|
| ASIN | B07ZFGXFNF |
| Date First Available | October 22, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?



Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 9 of 56 PageID #:1620

amazon  Deliver to  Bensenville 60106     All ▾   KTM                          🔍     Hello, Sign in   Returns   🛒 0
                                                                                           Account ▾   & Orders

☰ All   Gift Cards   Best Sellers   Prime ▾   Customer Service   New Releases   Find a Gift   Whole Foods   Books   AmazonBasics   Kindle Books   Toys & Games   Fashion   **Finish your gift list**

Save on Amazon Basics Motor Oil  shop now ›  

‹ Back to results



Roll over image to zoom in

### FINDAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-TM 250 2009-2010 2017 K-TM 300 2011-2017 K-TM 350 2007 2009 2011-2012 2014 K-TM 450
Brand: FINDAUTO

Price:  **$9.76** & FREE Shipping

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- COMPATIBILITY - 2003-2017 K-TM 250 2009-2010 2017 K-TM 300 2011-2017 K-TM 350 2007 2009 2011-2012 2014 K-TM 450
- REPLACE NUMBER - 58211058000
- EXTREME HEAT RESISTANCE – The nature of relays constituents contain two parts, including advanced cores and top quality copper, which minimize the magnetic loss, control the start circuit in an automotive as well as avoid vehicles broken in case exposure to high temperature over time for its high magnetic conductivity and heat resistance between -40–125degree.
- RELAY CONDITION - 100% brand new aftermarket starter solenoid relay replacement built to meet OEM specifications
- NOTE - Please Check the part number and the fitted model before purchase to ensure a match and check that the operation is correct with each adjustment. We offer a one-year warranty and please contact us with any questions

› See more product details



**$9.76**
& FREE Shipping

Arrives: Dec 15 - 22

**Arrives before Christmas.**

**Only 15 left in stock -** order soon.

Qty: 15 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   FINDAUTO
Sold by      FINDAUTO

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Products related to this item                                          Page 1 of 19
Sponsored ⓘ

            

‹

2007 2008 2009 2010 2011 2012 2013 2014 fits KTM 250 XCF-W 52 Tooth Rear Sprocket
**$28.95**

2007 2008 2009 2010 2011 2012 2013 2014 fits KTM 250 XC-W 50 Tooth Rear Sprocket
**$28.95**

13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014
**$18.95**

KTM/FMF Fatty Pipe 250/300 2019-2020 OEM: 55505907000
**$259.99**

Race-Driven Carburetor Repair Kit Carb Kit fits KTM 300XCW 300 XCW 2006-2014
★★★★☆ 6
**$23.95**

›

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$0.00 instead of $9.76**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card. Learn more.**

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | FINDAUTO |
| Brand | FINDAUTO |
| Item Weight | 3.87 ounces |
| Product Dimensions | 3.15 x 2.36 x 1.97 inches |
| Item model number | 160124-5250-1100005571 |
| Manufacturer Part Number | 160124-5250-1100005571 |

### Additional Information

| | |
|---|---|
| ASIN | B0851X7FSP |
| Date First Available | February 22, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

12/9/2020  Amazon.com: FINDAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-TM 250 2009-2010 2017 K-TM 300 2011-2017 K-TM 350 2007 2009 2011-2012 2014 K-TM 450

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 10 of 56 PageID #:1621

## Videos

**Videos for related products**

    

| 0:39 | 1:42 | 0:51 | 0:21 |
| --- | --- | --- | --- |
| Remove the Solenoid | About the Harley Davidson Fat Boy | Replace Motorcycle Solenoid | maXpeedingrods Complete Recoil Starter Pull Start Assembly for… | NICHE Your Afterm Powersports Repla |
| eHow | eHow | eHow | maXpeedingrods-us | Mishon Corporation |

Upload your video

## Product description

FITMENT:
2003-2005 K-TM 250 EXC Racing
2012-2017 K-TM 250 SXF
2009-2013 K-TM 250 XC
2007-2009 2012-2013 K-TM 250 XC-F
2006-2013 K-TM 250 XCF-W
2010 K-TM 250 XCF-W Champions Edition
2011 K-TM 250 XCF-W Six Days
2008-2015 K-TM 250 XCW
2009-2010 2017 K-TM 300 XC
2013-2016 K-TM 350 EXC F
2011-2017 K-TM 350 SXF
2009 2011 K-TM 450 EXC
2007 K-TM 450 EXC Racing
2012 2014 K-TM 450 SMR

WHEN YOUR RELAY SOLENOID NEED TO BE REPLACED
1. A Car That Fails To Start
Switch on other car accessories or devices that use the battery If the battery is confirmed not to be dead, the starter may need repair or total replacement
2. A Series Of Rapid Clicks From The Starter Relay
A possible cause of this problem could be insufficient conductivity due to contacts burning out or worn out leads that minimize the amount of the current flowing
3. The Starter Relay That Remains On, Even After The Engine Has Started
If this doesn't happen and the starter relay remains on even long after the engine has started, the relay is faulty
4. Occasional And Irregular Fails With Engine Starting
Mostly, it has to do with a build-up of dirt and debris on the contacts or leads from prolonged exposure

## Products related to this item

Page 1 of 8

Sponsored

     

| Akrapovič"Slip-on Line" OEM: 79505979000 KTM | Swing Arm Bearing Kits by Factory Links, Fits: KTM (2003-2019), Husqvarna (2014-201… | KTM Supersprox Stealth Rear Sprocket (Orange) 52T OEM: 5841005105204 | 13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014 | KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404 | NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004 |
| ★★★★★ 1 | ★★★★☆ 6 | ★★★★★ 1 | | ★★★☆☆ 4 | ★★★★☆ 1 |
| $649.99 | $75.90 ✓prime | $83.99 | $18.95 | $101.99 | $83.99 |

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
| --- | --- | --- |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

12/9/2020
Amazon.com: FINDAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-TM 250 2009-2010 2017 K-TM 300 2011-2017 K-TM 350 2007 2009 2011-2012 2014 K-TM 450

**Review this product**

Share your thoughts with other customers

Write a customer review

## Customers who searched for "hula hoop" ultimately bought

     

| Hoola Hoop for Adults,Weighted Hoola Hoop for Exercise-2lb,8 Section Detachable... ★★★★☆ 2,354 $19.99 | Liberry Hoola Hoop for Adults,Weighted Hoola Hoop for Exercise-2lb-8 Sections Detachable... ★★★★☆ 190 $19.99 | Hoola Hoop for Adults,Weighted Hoola Hoop for Exercise-2lb,8 Section Detachable... ★★★★☆ 983 $19.99 | Better Sense Hoola Hoop for Adults - 8 Section Detachable Hoola Hoops, 2lb Weighted... ★★★★½ 110 $19.99 | OHYAIAYN Hoola Hoop for Kids, Detachable Adjustable Weight/Size Plastic Kid Hoola... ★★★★☆ 89 $20.99 | REDSEASONS Hula Hoop for Adults , Lose Weight Fast by Fun Way to Workout,Easy to Spin,... ★★★★½ 748 $19.99 |

## Inspired by your browsing history

Page 1 of 5



     

| 1PZ SR1-H01 Universal Light Turn Signal Switch + Flasher Relay + Horn for Motorcycle Dirt... ★★★★½ 77 $29.99 | MICTUNING Universal Hawk-eye Motorcycle Convex Rear View Mirror - with 10mm Bolt,... ★★★★½ 2,369 $13.99 | Champion Sports Swing Ball Set, Pack of 6 ★★★★½ 800 $14.36 | SHEGINEL Selfie Ring Light, Long Battery Life Upgraded High-Brightness Clip On... ★★★★½ 29 $16.99 | Motorcycle Headlight Switch Handlebar Toggle Switch on Off Push Button for US U7 U2... ★★★★½ 311 $8.59 | CICMOD Rear Fender Mount Red LED Tail Light Brake Lamp Turn Signals License Plate... ★★★½☆ 103 $19.99 |

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

       

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English

United States



amazon

Deliver to
Bensenville 60106

FINDAUTO ▾  | KTM

Hello, Sign in
Account ▾

Returns
& Orders

0

☰ All    Gift Cards    Best Sellers    Prime ▾    Customer Service    New Releases    Find a Gift    Whole Foods    Books    AmazonBasics    Kindle Books    Toys & Games    Fashion    Sell

9 results for **"KTM"**

Sort by: Featured ▾



**FINDAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-TM 250 2009-2010 2017 K-TM 300 2011-2017 K-TM 350 2007 2009 2011-...**
$9⁷⁶
FREE Shipping
Only 15 left in stock - order soon.



**FINDAUTO starter Starters fit for 2013-2015 K-TM 200 2008-2015 K-TM 250 2008-2015 K-TM 300 2015 K-TM Freeride 250 R 19091**
$90⁷⁰
FREE Shipping



**FINDAUTO starter Starters fit for 2001-2002 K-TM 520 2003-2007 K-TM 525 2008-2011 K-TM 530 2001-2005 K-TM 540 19620**
$67⁹³
FREE Shipping



**FINDAUTO 60cm Motorcycle Stainless Steel Brake Oil Hose Line Fit for 1981 for H-onda CR450R**
$18⁵⁷
FREE Shipping



**FINDAUTO PWK 32MM Carburetor Replacement Fit for 1976-1983 Y-amaha YZ100 1974-2018 Y-amaha YZ125 1976 Y-amaha YZ175 Carb**
$34⁵⁵
FREE Shipping



**FINDAUTO PWK 34MM Carburetor Replacement Fit for Keihin OKO PWK Power Jet Carburetor Carb Universal For Motorcycle, Scooters, Dirt Bike,...**
$28⁵⁵
FREE Shipping

**FINDAUTO Rear Kevlar Carbon Brake Pads Fit for 1991-1994 for H-usaberg FE350 1994 for H-usaberg FC501**
$15⁹⁴
FREE Shipping



SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

## Choose your shipping options

<div style="float:right">[ Continue ]</div>

**Shipment 1 of 1**

**Shipping from FINDAUTO**   (Learn more)

Shipping to: ▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **FINDAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-TM 250 2009-2010 2017 K-TM 300 2011-2017 K-TM 350 2007 2009 2011-2012 2014 K-TM 450**
  $9.76 · Quantity: 15
  Sold by: FINDAUTO

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Dec. 15 - Tuesday, Dec. 22**
  FREE Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



amazon.com

SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     PLACE ORDER

## Review your order

**Shipping address** Change

⬛⬛⬛
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ⬛⬛⬛⬛⬛

Add delivery instructions
Ship to multiple addresses

**Payment method** Change

💳 ending in ⬛⬛

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code] [Apply]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (15): | $146.40 |
| Shipping & handling: | $0.00 |
| Total before tax: | $146.40 |
| Estimated tax to be collected:* | $9.15 |
| **Order total:** | **$155.55** |

How are shipping costs calculated?

**FREE TRIAL**

⬛⬛⬛, we'd hate for you to miss out on a FREE 30-day trial of Prime    [Try Prime FREE for 30 days ›]

**Estimated delivery: Dec. 15, 2020 - Dec. 22, 2020**



FINDAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-TM 250 2009-2010 2017 K-TM 300 2011-2017 K-TM 350 2007 2009 2011-2012 2014 K-TM 450
$9.76
Quantity: 15 Change
Sold by: FINDAUTO
🎁 Gift options not available.

**Choose a delivery option:**
⦿ Tuesday, Dec. 15 - Tuesday, Dec. 22
    FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



amazon Deliver to Bensenville 60106 All KTM Hello, Sign in Account Returns & Orders 0

All Gift Cards Best Sellers Prime Customer Service New Releases Find a Gift Whole Foods Books AmazonBasics Kindle Books Toys & Games Shop today's deals now

Automotive › Motorcycle & Powersports › Parts › Electrical & Batteries › Starters

Roll over image to zoom in

# FINDAUTO starter Starters fit for 2013-2015 K-TM 200 2008-2015 K-TM 250 2008-2015 K-TM 300 2015 K-TM Freeride 250 R 19091

Brand: FINDAUTO

Price: $90.70 & **FREE Shipping**

Get $60 off instantly: Pay $30.70 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

- Fitment- 2013-2015 K-TM 200 2008-2015 K-TM 250 2008-2015 K-TM 300 2015 K-TM Freeride 250 R
- OE Number-19091,Arrowhead SMU0505, SMU0525 K-TM 55140001000, 55140001100 Lester 19091, 19091N Tucker Rocky 464244
- Specs-12 Volt, CCW, 9-Tooth Pinion;Mitsuba PMDD;100% New;350W Rated Power;Replaces - K-TM 55140001000, Mitsuba SM16, Original Reference Number 94078610
- Feature-100% New aftermarket starter built to meet OEM specifications
- Note-Please confirm whether this product is suitable for your vehicle and meet your needs before placing an order.

› See more product details

$90.70
& **FREE Shipping**

Arrives: **Dec 21 - 29**

**May arrive after Christmas.**
**Need a gift sooner?** Send an Amazon Gift Card instantly by email or SMS.

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from FINDAUTO
Sold by FINDAUTO

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?

Sell on Amazon

## Products related to this item

Page 1 of 19

Sponsored

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
28
$31.49

KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404
6
$101.99

KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104
2
$83.99

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
1
$83.99

KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | FINDAUTO |
| Brand | FINDAUTO |
| Model | Motors |
| Item Weight | 1.8 pounds |
| Product Dimensions | 7.87 x 4.33 x 4.33 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 112601-5250-1057336363 |
| OEM Part Number | 19091 Arrowhead SMU0505 SMU0525 KTM 55140001000 55140001100 Lester 19091 19091N Tucker Rocky 464244 |
| Special Features | 12 Volt, CCW, 9-Tooth Pinion |
| Vehicle Service Type | 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R 19091 |

### Additional Information

| | |
|---|---|
| ASIN | B081SMXMCK |
| Date First Available | November 20, 2019 |

### Feedback

Would you like to tell us about a lower price?

amazon Deliver to Bensenville 60106 All KTM Hello, Sign in Account Returns & Orders 0
All Gift Cards Best Sellers Prime Customer Service New Releases Find a Gift Whole Foods Books AmazonBasics Kindle Books Toys & Games Shop today's deals now
See Automotive holiday deals Shop now

Automotive › Motorcycle & Powersports › Parts › Electrical & Batteries › Starters

Roll over image to zoom in

# FINDAUTO starter Starters fit for 2001-2002 K-TM 520 2003-2007 K-TM 525 2008-2011 K-TM 530 2001-2005 K-TM 540 19620

Brand: FINDAUTO

Price: $67.93 & **FREE Shipping**

Get $60 off instantly: Pay $7.93 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

- Fitment- 2006 2008-2013 B-eta RR 2003-2005 K-TM 250 2001-2002 2004-2005 2007 2009 2010 K-TM 400 2003-2011 K-TM 450 2001-2002 K-TM 520 2003-2007 K-TM 525 2008-2011 K-TM 530 2001-2005 K-TM 540
- OE Number-19620,ARROWHEAD SMU0417 B-eta 3625366000 J & N 410-54136 K-TM 59040001000, 78040001000 LESTER 19620 MITSUBA SM14, SM14-228P-olaris 4011801 SOCIETA GENERALE RICAMBI 17.8191 TUCKER ROCKY 463985, 495806, 49-5806 WAI 19620N
- Specs-12 Volt, CCW, 9-Tooth Pinion;Mitsuba PMDD;100% New;Replaces - K-TM 59040001000, 78040001000, P-olaris 4011801
- Feature-100% New aftermarket starter built to meet OEM specifications
- Note-Please confirm whether this product is suitable for your vehicle and meet your needs before placing an order.

› See more product details

$67.93
& **FREE Shipping**

Arrives: **Dec 21 - 29**

**May arrive after Christmas.**
**Need a gift sooner?** Send an Amazon Gift Card instantly by email or SMS.

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from FINDAUTO
Sold by FINDAUTO

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?
Sell on Amazon

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | FINDAUTO |
| Brand | FINDAUTO |
| Model | Motors |
| Item Weight | 6.89 pounds |
| Product Dimensions | 9.06 x 5.51 x 4.72 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 112609-5250-1057334173 |
| OEM Part Number | 19620 ARROWHEAD SMU0417 BETA 3625366000 J & N 410-54136 KTM 59040001000 78040001000 LESTER 19620 MITSUBA SM14 SM14-228 POLARIS 4011801 SOCIETA GENERALE RICAMBI 17.8191 TUCKER ROCKY 463985 495806 49-5806 WAI 19620N SMU0417 19620 |
| Special Features | 12 Volt, CCW, 9-Tooth Pinion |
| Vehicle Service Type | KTM Motorcycles Off-Road 400 EXC Racing 2000-2007 520 EXC Racing 2000-2002 520 SX Racing 2000 250 EXC Racing 2001-2006 400/520 MXC 2001 2002 250 SMU0417 19620 |
| Voltage | 12 Volts |

### Additional Information

| | |
|---|---|
| ASIN | B081SMFVT7 |
| Date First Available | November 20, 2019 |

### Feedback

Would you like to tell us about a lower price?



Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 17 of 56 PageID #:1628





## CTCAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-T-M 250 2009-2010 2017 K-T-M 300 2011-2017 K-T-M 350 2007 2009 2011-2012 2014 K-T-M 450

Brand: CTCAUTO

Price: **$13.52** & FREE Shipping

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- *Vehicle Type Fits For-The Starter Relay repalce for2003-2017 K-T-M 250 2009-2010 2017 K-T-M 300 2011-2017 K-T-M 350 2007 2009 2011-2012 2014 K-T-M 450
- *Features-stable operation, long service life and small size,easy to install.
- *Quality Assurance-The product is manufactured in strict accordance with OEM standards, with fine technology.In addition, the product is tested and the quality is guaranteed.Test on vehicle, assuring compatibility and safety.
- *Excellent service-We offer one-year warranty and support replacement. If you have any probl-EM, feel free to contact us,our professional after-sales service team will do its best to help you solve the probl-EM.
- *Notes-Please confirm the detailed purchase information before purchasing,ensuring that the product is suitable for your car, so as to avoid unnecessary troubles to you.

› See more product details

Compare with similar items



$13.52
& FREE Shipping

Arrives: Dec 8 - 15

Only 15 left in stock - order soon.

Qty: 15

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    CTCAUTO
Sold by       CTCAUTO

Return policy: Extended holiday return window till Jan 31, 2021

📍 Deliver to Bensenville 60106

Add to List

Share 📧 f 🐦 📌

Have one to sell?

Sell on Amazon

  

### Brands related to this category on Amazon
Sponsored

 
Professional 4 pin 5 pin Car Relay
Shop EHDIS ›


Industrial Relays
Shop Tnisesm ›

### Products related to this item
Sponsored ⓘ

Page 1 of 4


Cyleto Starter Solenoid Relay for YAMAHA BRUIN 250 YFM250 2006 BRUIN 350...
★★★★☆ 44
$6.99 ✓prime


ZZOY Starter Solenoid Relay for YAMAHA RAPTOR 660 YFM660 2001 2002 2003 2004...
★★★★★ 5
$8.15


Replace Starter Solenoid Relay for Yamaha - ATV Starter Solenoid for YFM 350 400 45...
★★★★☆ 29
$12.99 ✓prime


New Replacement 12V Starter Relay For KTM 450 500 525 530 EXC Dirt Bikes 58211058000
★★★★★ 7
$31.69


NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...
★★★★★ 7
$184.99


Rareelectrical NEW STARTER RELAY COMPATIBLE WITH KTM 200 250 300 350 EXC...
★★★★★ 1
$44.95

### Compare with similar items


**This item** CTCAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-T-M 250 2009-2010 2017 K-


CCIYU Starter Relay Solenoid Fit For 2003-2017 KTM 250 2009-2010 2017 KTM 300 2011-2017 KTM 350 2007


cciyu Starter Relay Solenoid Fit For 2003-2017 KTM 2502009-2010 2017


INEEDUP Starter Relay Solenoid 58211058000 Compatible for 2003-2017 KTM 250 2009-2010 2017 KTM

12/2/2020     Amazon.com: CTCAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-T-M 250 2009-2010-2017 K-T-M 300 2011-2017 K-T-M 350 2007 2009 2011-2012 2014 K-T-M 450: Automotive

Case: 1:21-cv-01279 Document #: 09-1 Filed: 06/21/21 Page 18 of 56 PageID #:1629

| | | | |
|---|---|---|---|
| 2009 2011-2012 2014 K-T-M 450 | 58211058000 | 2009 2011 2012 2014 KTM 450 | 2011-2012 2014 KTM 450 |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |
| Price $13⁵² | $9¹⁹ | $17⁰⁹ | $9⁴⁵ |
| Sold By CTCAUTO | cciyu | cciyu | Ineedup |

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$3.52 instead of $13.52**! Get **$10.00** off instantly as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | CTCAUTO |
| Brand | CTCAUTO |
| Item Weight | 3.87 ounces |
| Product Dimensions | 3.15 x 2.36 x 1.97 inches |
| Item model number | 160124-5242-1751418151 |
| Manufacturer Part Number | 160124-5242-1751418151 |

### Additional Information

| | |
|---|---|
| ASIN | B0851FKLY5 |
| Date First Available | February 21, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products


Remove the Solenoid
eHow
0:39


About the Harley Davidson Fat Boy
eHow
1:42


Replace Motorcycle Solenoid
eHow
0:51


maXpeedingrods Complete Recoil Starter Pull Start Assembly for…
maXpeedingrods-us
0:21


NICHE Your Afterm… Powersports Repla…
Mishon Corporation

Upload your video

## Product description

Starter Relay Fit For:
2003-2005 K-T-M 250 EXC Racing
2012-2017 K-T-M 250 SXF
2009-2013 K-T-M 250 XC
2007-2009 2012-2013 K-T-M 250 XC-F
2006-2015 K-T-M 250 XCF-W
2010 K-T-M 250 XCF-W Champions Edition
2011 K-T-M 250 XCF-W Six Days
2008-2013 K-T-M 250 XCW
2009-2010 2017 K-T-M 300 XC
2013-2016 K-T-M 350 EXC F
2011-2017 K-T-M 350 SXF
2009 2011 K-T-M 450 EXC
2007 K-T-M 450 EXC Racing
2012 2014 K-T-M 450 SMR

Product Specification:
Condition: New
Surface Finish: Metal
High Quality

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 19 of 56 PageID #:1630

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions

Page 1 of 7

‹



Time
⭐⭐⭐⭐ 25
Print Magazine
$10.00



National Geographic Magazine
⭐⭐⭐⭐½ 5,000
Print Magazine
$15.00



Marie Claire
⭐⭐⭐⭐ 16
Print Magazine
$5.00



National Geographic Kids
⭐⭐⭐⭐½ 7,930
Print Magazine
$20.00



Real Simple
⭐⭐⭐⭐½ 57
Print Magazine
$5.00



Martha Stewart Living
⭐⭐⭐⭐½ 5,236
Print Magazine
$5.00

›

## Best sellers in Kindle eBooks

Page 1 of 6

‹



American Dirt (Oprah's Book Club): A Novel
› Jeanine Cummins
⭐⭐⭐⭐½ 26,337
Kindle Edition
$14.99



The Coast-to-Coast Murders
› James Patterson
⭐⭐⭐⭐ 3,868
Kindle Edition
$14.99



A Promised Land
› Barack Obama
⭐⭐⭐⭐⭐ 4,528
Kindle Edition
$17.99



Make Me Yours
› Melanie Harlow
⭐⭐⭐⭐½ 536
Kindle Edition
$2.99



Victory at Prescott High (The Havoc Boys Book 5)
› C.M. Stunich
⭐⭐⭐⭐⭐ 43
Kindle Edition
$4.99



If You Tell: A True Story of Murder, Family...
› Gregg Olsen
⭐⭐⭐⭐½ 20,522
Kindle Edition
$1.99

›

**Your Browsing History**     View or edit your browsing history  ›

Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

‹        ›

Back to top

amazon

Deliver to
Bensenville 60106

CTCAUTO ▾ | KTM    🔍

🇺🇸 ▾

Hello, Sign in
Account ▾

Returns
& Orders

🛒 0

☰ All | Gift Cards | Best Sellers | Prime ▾ | Customer Service | New Releases | Find a Gift | Whole Foods | AmazonBasics | Today's Deals | Sell | Coupons | Free Shipping | Registry

10 results for **"KTM"**

Sort by: Featured ▾



CTCAUTO 19620 Starter Motor Replace for 2006 2008-2013 B-ETA RR 2003-2005 K-T-M 250 2001 2002 2004 2005 2007 2009 2010 K-T-M 40...
$48⁹³
FREE Shipping



CTCAUTO 19091 Starter Motor Replace for 2013-2015 K-T-M 200 2008-2015 K-T-M 250 2008-2015 K-T-M 300 2015 K-T-M Freeride 250 R
$72⁷⁰
FREE Shipping

CTCAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-T-M 250 2009-2010 2017 K-T-M 300 2011-2017 K-T-M 350 2007 2009 2011...
$13⁵²
FREE Shipping
Only 15 left in stock - order soon.



CTCAUTO 19620 New Starter fit for 2006 2008-2013 B-ETA RR 2003-2005 K-T-M 250 2001-2002 2004-2005 2007 2009 2010 K-T-M 400...
$54⁹³
FREE Shipping



CTCAUTO 19091 New Starter fit for 2013-2015 K-T-M 200 2008-2015 K-T-M 250 2008-2015 K-T-M 300 2015 K-T-M Freeride 250 R
$79⁷⁰
FREE Shipping



CTCAUTO 60cm Motorcycle Stainless Steel black Brake Oil Hose Line Fit for 1980 1982 1984 1989 1991 1993-1994 1998 2000 2002 2006-2007...
$18⁴²
FREE Shipping

CTCAUTO Rear Carbon Brake Pads Fit for 1993-1994 for Husaberg FC600 1992-1993 for Husaberg FC499 FA67
$13³³
FREE Shipping





## Choose your shipping options

Continue

**Shipment 1 of 1**

**Shipping from CTCAUTO** (Learn more)

Shipping to: ▬ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **CTCAUTO Starter Relay Solenoid 58211058000 Fit for 2003-2017 K-T-M 250 2009-2010 2017 K-T-M 300 2011-2017 K-T-M 350 2007 2009 2011-2012 2014 K-T-M 450**
  $13.52 - Quantity: 15
  Sold by: CTCAUTO

Change quantities or delete

**Choose a delivery option:**

○ **Tuesday, Dec. 8 - Tuesday, Dec. 15**
  FREE Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



amazon.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions
Ship to multiple addresses

**Payment method** Change

ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

---

| **Place your order** |

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (15): | $202.80 |
| Shipping & handling: | $0.00 |
| Total before tax: | $202.80 |
| Estimated tax to be collected:* | $12.75 |

**Order total:**    **$215.55**

How are shipping costs calculated?

---

**FREE TRIAL**

▌, we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days ›

**Estimated delivery:** Dec. 8, 2020 - Dec. 15, 2020



CTCAUTO Starter Relay Solenoid
58211058000 Fit for 2003-2017 K-T-M 250
2009-2010 2017 K-T-M 300 2011-2017 K-T-M
350 2007 2009 2011-2012 2014 K-T-M 450
$13.52
**Quantity:** 15 Change
Sold by: CTCAUTO
Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, Dec. 8 - Tuesday, Dec. 15**
FREE Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

---

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



12/2/2020    Amazon.com: CTCAUTO 19620 Starter Motor Replace for 2006 2008-2013 B-ETA RR 2003-2005 K-T-M 250 2001 2002 2004 2005 2007 2009 2010 K-T-M 450 2001-2002 K-T-M 5...



‹ Back to results

## CTCAUTO 19620 Starter Motor Replace for 2006 2008-2013 B-ETA RR 2003-2005 K-T-M 250 2001 2002 2004 2005 2007 2009 2010 K-T-M 400 2003-2011 K-T-M 450 2001-2002 K-T-M 520 2003-2007 K-T-M 525

Brand: CTCAUTO

Price: **$48.93** & FREE Shipping

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- FIT-MENT - Starter fit for 2006 2008 2009 2010 2011 2012 2013 B-ETA RR 2003 2004 2005 K-T-M 250 2001 2002 2004 2005 2007 2009 2010 K-T-M 400 2003 2004 2005 2006 2007 2008 2009 2010 2011 K-T-M 450 2001 2002 K-T-M 520 2003 2004 2005 2006 2007 K-T-M 525 2008 2009 2010 2011 K-T-M 530 2001 2002 2003 2004 2005 K-T-M 540
- STARTER FUNCTION- Starter motors are a key eL-EMent to the engine, you literally can't move without them. The starter converts electrical power into mechanical power and powers the engine's first turn. After that, inertia occurs and each spin powers the next. Premium starter motors bring major benefits to your engine
- ADVANTAGES - CTCAUTO starter motor will last longer and keep working even in tougher conditions. With a more durable starter, you know that your engine will start easily regardless of the conditions long into its usable life
- A PREIUM STARTER -12 Volt, CCW, 9-Tooth Pinion,Mitsuba PMDD,100% New,Replaces - K-T-M 59040001000, 78040001000, P-olaris 4011801
- WARRANTY TYPE - From the date of purchase, we provide 12 months warranty service, 100% comfortable shopping

› See more product details

Compare with similar items



$48.93
& FREE Shipping
Arrives: **Dec 8 - 15**

In Stock.

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from    CTCAUTO
Sold by      CTCAUTO

◈ Deliver to Bensenville 60106

[ Add to List ]

Share ⧉ f ✉ 🐦 P

Have one to sell?

[ Sell on Amazon ]

## Products related to this item

Sponsored ⓘ                                                                   Page 1 of 13

     

| 1999 2000 2001 2002 2003 2004 2005 2006 2007 fits KTM 400 SX 14 Tooth Front Sprocket | 1999 2000 2001 2002 2003 2004 2005 2006 2007 fits KTM 400 EXC 48 Tooth Rear Sprocket | 13 Tooth Front Sprocket for KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014 | 2007 2008 2009 2010 2011 2012 2013 fits KTM 450 XC-F 52 Tooth Rear Sprocket | 2001 2002 2003 2004 2005 125 13 Tooth Front & 50 Tooth Rear Sprocket | 2003 2004 2005 2006 2007 2008 fits KTM 125 SX 14 Tooth Front & 48 Tooth Rear Sprocket |
| $18.95 | $28.95 | $18.95 | $28.95 | $39.95 | $39.95 |

## Compare with similar items



| | **This item** CTCAUTO 19620 Starter Motor Replace for 2006 2008-2013 B-ETA RR 2003-2005 K-T-M 250 2001 2002 2004 2005 2007 2009 2010 K-T-M 400 2003-2011 K-T-M 450 2001-2002 K-T-M 520 2003-2007 K-T-M 525 | INEEDUP 19620 Starter Starter Motor Replacement for 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010 KTM 400 2003-2011 KTM 450 | QUALINSIST 19620 Starter Fit for 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010 2010 KTM 400 2003-2011 KTM 450 2001-2002 KTM 520 2003-2007 KTM 525 2008-2011 KTM 530 | LSAILON 19620 Starter Starter Motor Compatible with 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010 KTM 400 2003-2011 KTM 450 |
| | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] |
| Customer Rating | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |
| Price | $48⁹³ | $42⁹³ | $44⁹³ | $48⁹³ |

12/2/2020     Amazon.com: CTCAUTO 19091 Starter Motor Replace for 2013-2015 K-T-M 200 2008-2015 K-T-M 250 2008-2015 K-T-M 300 2015 K-T-M Freeride 250 R



**CTCAUTO 19091 Starter Motor Replace for 2013-2015 K-T-M 200 2008-2015 K-T-M 250 2008-2015 K-T-M 300 2015 K-T-M Freeride 250 R**

Brand: CTCAUTO

Price: **$72.70** & FREE Shipping

Get $60 off instantly: Pay $12.70 upon approval for the Amazon Rewards Visa Card. No annual fee.

- FIT-MENT - Starter fit for 2013 2014 2015 K-T-M 200 2008 2009 2010 2011 2012 2013 2014 2015 K-T-M 250 2008 2009 2010 2011 2012 2013 2014 2015 K-T-M 300 2015 K-T-M Freeride 250 R
- STARTER FUNCTION- Starter motors are a key eL-EMent to the engine, you literally can't move without them. The starter converts electrical power into mechanical power and powers the engine's first turn. After that, inertia occurs and each spin powers the next. Premium starter motors bring major benefits to your engine
- ADVANTAGES - CTCAUTO starter motor will last longer and keep working even in tougher conditions. With a more durable starter, you know that your engine will start easily regardless of the conditions long into its usable life
- A PREIUM STARTER -12 Volt, CCW, 9-Tooth Pinion,Mitsuba PMDD,100% New,350W Rated Power,Replaces - K-T-M 55140001000, Mitsuba SM16, Original Reference Number 94078610
- WARRANTY TYPE - From the date of purchase, we provide 12 months warranty service, 100% comfortable shopping

› See more product details

**$72.70**
& FREE Shipping

Arrives: Dec 8 - 15

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   CTCAUTO
Sold by    CTCAUTO

Return policy: Extended holiday return window till Jan 31, 2021

📍 Deliver to Bensenville 60106

Add to List

Share 📧 f 𝕏 📌

Have one to sell?

Sell on Amazon

Roll over image to zoom in

---

Sponsored ⓘ

**Products related to this item**    Page 1 of 15

    

| KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 | 13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014 | KTM Skid Plate Poly Resin Quick Release 125/150 2012-2013 OEM: 50303190000 | Brake Rotors for fits KTM 400 LC4 1998-2000 Front & Rear RipTide Brake Discs | 2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motocross |
| ☆☆☆☆☆ 24 | | | | |
| $31.49 | $18.95 | $99.99 | $83.95 | $43.95 |

See all vehicles this product fits.

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$62.70 instead of $72.70!** Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | CTCAUTO |
| Brand | CTCAUTO |
| Model | Motors |
| Item Weight | 1.8 pounds |
| Product Dimensions | 7.87 x 4.33 x 4.33 inches |
| Item model number | Adjustable |

### Additional Information

| | |
|---|---|
| ASIN | B086WGVZ6P |
| Date First Available | April 8, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ˅

12/3/2020                    amazon.com: cciyu Starter Relay Solenoid Fit For 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450 : Automotive

≡  **amazon**    ⑨ Deliver to
                    Bensenville 60106       All ▾   | KTM relay                                              🔍  | 🇺🇸 ▾    Hello, Sign in    Returns    🛒 0
                                                                                                                        Account ▾   & Orders

Gift Cards   Best Sellers   Prime ▾   Customer Service   New Releases   Find a Gift   Whole Foods   Books   AmazonBasics   Kindle Books   Today's Deals                    **Shop Holiday Gift Guides**

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicles

**Save on Amazon Basics Motor Oil** shop now ▸

Automotive › Motorcycle & Powersports › Parts › Electrical & Batteries › Starters

### cciyu Starter Relay Solenoid Fit For 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450

Visit the cciyu Store

Price: **$17.09** & FREE Shipping

- Fitment - Fit For 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 KTM 250 2009 2010 2017 KTM 300 2011 2012 2013 2014 2015 2016 2017 KTM 350 2007 2009 2011 2012 2014 KTM 450
- Replace Oem Code -58211058000
- Efficient and Durable:Manufactured to strict engineering quality standards
- Easy Installation - Installed directly
- Note: Please check the model before purchase.1 year warranty

› See more product details

Roll over image to zoom in

**$17.09**
& FREE Shipping

Arrives: **Dec 10 - 15**

**Only 15 left in stock -
order soon.**

Qty: 15 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   cciyu
Sold by      cciyu

Return policy: Extended holiday
return window till Jan 31, 2021
                          ▾

⑨ Deliver to Bensenville 60106

Add to List

Share 🔗 ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

**Brands related to this category on Amazon**
Sponsored

Coil Electromagnetic Power Relay
Shop TWTADE ›

EHDIS
Professional 4 pin 5 pin Car Relay
Shop EHDIS ›

---

**Products related to this item**                                                                                      Page 1 of 5
Sponsored ⓘ

Zoom Zoom Parts          Cyleto Starter Solenoid   ZZOY Starter Solenoid     Replace Starter Solenoid   New Replacement 12V      NEW OEM KTM
Starter Relay Solenoid   Relay for YAMAHA          Relay for YAMAHA          Relay for Yamaha - ATV     Starter Relay For KTM    RADIATOR DIGITAL FAN
For Yamaha Raptor 660    BRUIN 250 YFM250          RAPTOR 660 YFM660         Starter Solenoid for YFM   450 500 525 530 EXC      KIT 250 300 350 400
YFM660 ATV 2001...       2006 BRUIN 350...         2001 2002 2003 2004...    350 400 45...              Dirt Bikes 58211058000   450 530 2017...
⭐⭐⭐½ 4                 ⭐⭐⭐⭐ 44                ⭐⭐⭐⭐⭐ 5                ⭐⭐⭐⭐½ 29               $31.69                   ⭐⭐⭐⭐⭐ 7
$14.95                   $6.99 ✓prime              $8.15                     $12.99 ✓prime                                      $184.99

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

---

**Have a question?**

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

**Product information**

**Technical Details**

| Manufacturer | Cciyu |
| --- | --- |
| Brand | Cciyu |
| Model | Relays |

**Additional Information**

| ASIN | B086W4XB8J |
| --- | --- |
| Date First Available | April 8, 2020 |

**Warranty & Support**

12/3/2020                     Amazon.com: cciyu Starter Relay Solenoid Fit For 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450 : Automotive

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 26 of 56 PageID #:1637

| Item Weight | 7.07 ounces |
| Product Dimensions | 3.15 x 2.36 x 1.97 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 160124-5210-1334335102 |

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Videos

#### Videos for related products



0:39

Remove the Solenoid

eHow



1:42

About the Harley Davidson Fat Boy

eHow



0:51

Replace Motorcycle Solenoid

eHow



0:21

maXpeedingrods Complete Recoil Starter Pull Start Assembly for…

maXpeedingrods-us



NICHE Your Afterm Powersports Repla…

Mishon Corporation

Upload your video

**Product description**

FIT FOR:
2003-2017 KTM 250
2009-2010 2017 KTM 300
2011-2017 KTM 350
2007 2009 2011 2012 2014 KTM 450

SPECIFICATION
Condition: New
Modified Item: No
Non-Domestic Product: Yes
Custom Bundle: No
Unit Type: Part
Part: Starter Relay solenoid
Voltage: 12

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

**No customer reviews**

## Review this product

Share your thoughts with other customers

Write a customer review

**Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 27 of 56 PageID #:1638**

## Deals in magazine subscriptions

Page 1 of 7



     



**Yachting**
★★★★☆ 2
Print Magazine
$8.00

**National Geographic Kids**
★★★★☆ 7,939
Print Magazine
$20.00

**National Geographic Magazine**
★★★★☆ 5,003
Print Magazine
$29.00

**Ranger Rick Cub**
★★★★★ 13
Print Magazine
$10.00

**Food & Wine**
★★★★☆ 25
Print Magazine
$3.00

**Food Network Magazine**
★★★★☆ 72
Print Magazine
$6.00

## Best sellers in Kindle eBooks

Page 1 of 6

     

**American Dirt (Oprah's Book Club): A Novel**
› Jeanine Cummins
★★★★☆ 26,454
Kindle Edition
$14.99

**Bloodline**
› Jess Lourey
★★★★☆ 15
Kindle Edition
$4.99

**A Promised Land**
› Barack Obama
★★★★☆ 4,678
Kindle Edition
$17.99

**The Not-Outcast: A hockey standalone!**
› Tijan
★★★★☆ 75
Kindle Edition
$3.99

**Make Me Yours**
› Melanie Harlow
★★★★☆ 569
Kindle Edition
$2.99

**Victory at Prescott High (The Havoc Boys Book 5)**
› C.M. Stunich
★★★★★ 87
Kindle Edition
$4.99

**Your Browsing History**    View or edit your browsing history ›

  

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

   English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi

Neighbors App

Amazon Subscription Boxes

PillPack

Amazon Renewed

Amazon Second Chance

☰ amazon   Deliver to ⌖ Bensenville 60106   [cciyu ▾] KTM   🔍   🇺🇸   Hello, Sign in Account ▾   Returns & Orders   🛒 0

Gift Cards | Best Sellers | Prime ▾ | Customer Service | New Releases | Find a Gift | Whole Foods | Books | AmazonBasics | Kindle Books | Today's Deals | Toys & Games | Sell | Fashion

1-16 of 18 results for **"KTM"**                                          Sort by: Featured ▾



cciyu Carburetor Fits for Honda CR125 CR125R CR80 CR80R CR85R, for Kawasaki KX100 KX125 KX80, for Suzuki RM65 RM80 RM85 RM85L, for...
$37⁸⁴
FREE Shipping



CCIYU Front Carbon Fiber Brake Pads Motorcycle Motorbike Replacement Brake Pads Fit Cagiva,Husaberg,Kawasaki,KTM, Maico MC500
★★★★★ ˅ 1
$11²³
FREE Shipping



CCIYU Starter Relay Solenoid Fit For 2003-2017 KTM 250 2009-2010 2017 KTM 300 2011-2017 KTM 350 2007 2009 2011-2012 2014 KTM...
$9¹⁹
FREE Shipping
Only 15 left in stock - order soon.



cciyu Starter Relay Solenoid Fit For 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450
$17⁰⁹
FREE Shipping
Only 15 left in stock - order soon.



cciyu cciyu Starter 19091 Compatible for KTM Motorcycles Off-Road 200 EXC 2013-2014 200 XC-W 2013-2015 250 EXC / 250 EXC Six Days 2011-...
$62⁹⁹
FREE Shipping



CCIYU Starter SAB0109 3019 5230 Compatible For KTM Motorcycles 540 SXS/520 MXC/520 SX Racing/525 EXC Racing/525 MXC Desert...
$42⁹⁹
FREE Shipping



CCIYU Front and Rear Carbon Fiber Brake Pads Motorcycle Motorbike Replacement Brake Pads Fit For 1986 Kawasaki...
$13²⁵
FREE Shipping



## Choose your shipping options

| | Continue |

### Shipment 1 of 1

**Shipping from cciyu**  (Learn more)

Shipping to: [REDACTED] 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **cciyu Starter Relay Solenoid Fit For 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450**
  $17.09 · Quantity: 15
  Sold by: cciyu

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Dec. 10 - Tuesday, Dec. 15**
FREE Shipping

● **Thursday, Dec. 10 - Tuesday, Dec. 15**
FREE Shipping

| Continue |

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

12/3/2020 Place Your Order - Amazon.com Checkout



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions
Ship to multiple addresses

**Payment method** Change

ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code | Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (15): | $256.35 |
| Shipping & handling: | $0.00 |
| Total before tax: | $256.35 |
| Estimated tax to be collected:* | $16.05 |

**Order total:** **$272.40**

How are shipping costs calculated?

**FREE TRIAL**

_____, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days >

**Estimated delivery: Dec. 10, 2020 - Dec. 15, 2020**

cciyu Starter Relay Solenoid Fit For 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450

$17.09
**Quantity:** 15 Change
Sold by: cciyu
Gift options not available.

**Choose a delivery option:**

○ **Thursday, Dec. 10 - Tuesday, Dec. 15**
FREE Shipping

● **Thursday, Dec. 10 - Tuesday, Dec. 15**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 31 of 56 PageID #:1642

‹ Back to results

## cciyu Carburetor Fits for Honda CR125 CR125R CR80 CR80R CR85R, for Kawasaki KX100 KX125 KX80, for Suzuki RM65 RM80 RM85 RM85L, for Yamaha DT100 DT125 DT175 YZ100, for KTM 65 85 PWK32mm Carburetor

Visit the cciyu Store

Price: **$37.84** & FREE Shipping

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- COMPATIBILITY - This Carburetor compatible for 1995-2018 for Kawasaki KX100, 1974-2005 for Kawasaki KX125, 1979-2000 for Kawasaki KX80, 2003-2005 for Suzuki RM65, 1977-2001 for Suzuki RM80, 2002-2018 for Suzuki RM85, 2002-2012 for Suzuki RM85L, 1974-1983 for Yamaha DT100, 1974-1981 for Yamaha DT125, 1974-1981 for Yamaha DT175, 1976-1983 for Yamaha YZ100, 1974-2018 for Yamaha YZ125, 1976 for Yamaha YZ175, 1974-2001 for Yamaha YZ80, 2002-2018 for Yamaha YZ85, 1973 for Honda CR125
- BENEFIT - The carburetor is made of aluminum alloy and its appearance is anodized to improve its wear resistance, corrosion resistance, insulation and heat resistance. The quality of the top equipment ensures that our carburetor replacement performance is reliable and has a long service life . It can withstand consumer inspection.
- EASY INSTALLATION - This carburetor design tends to be integrated, easy to install and save time. At the same time, the carburetor 100% brand new in factory original package. Not refurbished or re-manufactured parts.
- WHAT YOU GET - The good quality carburetor, High-quality after-sales service with technical staff. We provide 365 days warranty and 100% quality assurance.
- NOTES - In order to avoid buying the wrong item, please double check the picture and compatibility info or contact us before your purchasing.

› See more product details

Compare with similar items

**$37.84**
& FREE Shipping

Arrives: Dec 10 - 15

In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   cciyu
Sold by      cciyu

Return policy: Extended holiday return window till Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share 📧 f 𝕏 📌

Have one to sell?

Sell on Amazon

**Products related to this item**
Sponsored ⓘ













Mikuni TM34 34 mm Carburetor Carb - Compatible for Mikuni TM34 Flat Slide 34mm...
**$59.99**

Lucky Seven KLF220A Carburetor for Kawasaki Bayou 220 KLF220A KLF220,for Bayou 220 ...
⭐⭐⭐⭐½ 65
**$25.07** ✓prime

Race-Driven Carburetor Repair Kit Carb kit fits KTM 300XCW 300 XCW 2006-2014
⭐⭐⭐⭐ 6
**$23.95**

Mikuni Carburetor Spigot TM Carbs forHonda CR250/Kawasaki KX12...
**$66.99**

CQYD New TM34-2 Carburetor For Mikuni TM34 Flat Slide 34mm Spigot TM34-2 34 mm...
**$79.79** ✓prime

Motorcycle Carburetor for MIKUNI TM24 Flat Slide Performance Carb 24mm TM24-8001
**$56.99**

**More to consider from our brands**





ConPus 15004-0986 Carburetor for Kawasaki Specific FR651V FS651V Engines Replaces...
⭐⭐⭐⭐½ 7
**$58.00**

ConPus Carburetor with Gaskets for Kawasaki 15004-0985 Carb Fits Specific FR691V...
⭐⭐⭐⭐½ 6
**$42.00**

**4 stars and above**
Sponsored ⓘ



Save on Amazon Basics Motor Oil Shop now ›

‹ Back to results

Roll over image to zoom in

# CCIYU Front Carbon Fiber Brake Pads Motorcycle Motorbike Replacement Brake Pads Fit Cagiva,Husaberg,Kawasaki,KTM, Maico MC500

Visit the cciyu Store
★★★★★ 1 rating

Price: $11.23 & **FREE Shipping**

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- COMPATIBILITY - Kawasaki Super Sherpa 250 KL250G,KTM 125 DXC,1992 1993 KTM 125 EGS,KTM 125 EXC,KTM 125 MX,1991 1992 KTM 250 DXC,1991 1992 1993 KTM 250 EGS, KTM 250 EXC,1989 1990 1991 KTM 250 MX,1992 KTM 250 TXC,1990 1991 KTM 350 EGS,1989 1990 1991 KTM 350 EXC,1989 1990 1991 KTM 350 MX,1990 KTM 500 EXC,1990 1991 KTM 500 LC4,1990 1991 1992 1993 KTM 500 MX,1991 1993 KTM 600 LC4 EXC,1990 1991 KTM 600 MX,1994 KTM 620 EGS,1994 KTM 620 EXC,1994 KTM 620 SC,1995 Maico MC500 Brake Pads FA67 for
- FUNCTION - This new compound combines the safety and quality of aerospace design with racing brake technology, resulting in reduced braking distance, improved performance and enhanced driving friendliness.
- PERFORMANCE - Exceptional stopping power and quiet operation with low dust, reduce the parking distance effectively
- WARRANTY - ONE YEAR WARRANTY available for all our brake pads brake shoes
- NOTES - Please use year/make/model/trim to confirm compatibility before purchase

› See more product details

$11.23
& **FREE Shipping**
Arrives: **Dec 10 - 15**

In Stock.

Qty: 1

Add to Cart
Buy Now
Secure transaction

Ships from cciyu
Sold by cciyu

Return policy: Extended holiday return window till Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?
Sell on Amazon

## Products related to this item

Page 1 of 16

Sponsored

Brake Pads fit fits KTM 65 SX 2009-2016 Front and Rear Severe Duty by Race-Driven
$31.95

Brake Pads fits KTM 350 EXC-F 2012-2020 Front Severe Duty MX by Race-Driven
★★★★★ 1
$18.95

Brake Pads fit fits KTM 85SXS 85 SXS 2012-2015 Rear Severe Duty by Race-Driven
$21.95

Front and Rear RipTide Brake Rotors and Brake Pads fits 1998-2003 fits KTM 250 EXC
$110.95

Front RipTide Brake Rotor Disc and Brake Pads fits 1998-2003 fits KTM 250 EXC
$55.95

See all vehicles this product fits.

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$1.23 instead of $11.23**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | CCIYU |
| Brand | Cciyu |
| Item Weight | 5.3 ounces |
| Product Dimensions | 6.69 x 4.72 x 0.79 inches |
| Item model number | 052427-5210-1506121065 |
| Exterior | Painted |
| Manufacturer Part Number | 052427-5210-1506121065 |

### Additional Information

| | |
|---|---|
| ASIN | B07JJ8S4GB |
| Customer Reviews | ★★★★★ 1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #2,026,408 in Automotive (See Top 100 in Automotive)<br>#6,998 in Powersports Brake Pads |
| Date First Available | October 18, 2018 |

### Warranty & Support

12/9/2020 Amazon.com: FreieFahrt PWK 34MM Performance Carburetor for 2016-2018 for BMW G310R 2015-2017 for Honda CBR300R 1985-1986 1990-2019 for KTM 300 2015-2018 for Yamaha YZF R3 Carb...

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 33 of 56 PageID #:1644



**FreieFahrt PWK 34MM Performance Carburetor for 2016-2018 for BMW G310R 2015-2017 for Honda CBR300R 1985-1986 1990-2019 for KTM 300 2015-2018 for Yamaha YZF R3 Carb**

Brand: FreieFahrt

Price: **$27.99** & FREE Shipping

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- FITMENT - This high-performance carburetor fits for 2016-2018 for BMW G310R, 2015-2017 for Honda CBR300R, 1985-1986 1990-2019 for KTM 300, 2015-2018 for Yamaha YZF R3
- FUNCTION - The main function of carburetors to mix air and gasoline and provides a high combustion mixture.
- FIX TROUBLES - If your vehicle has these problems that backfiring as the throttle is closed (primarily during coast-downs), sluggish acceleration or engine tends to stall easily, our carburetor will fix these problems for you.
- FAST DELIVERY - US STOCK and no delay in delivery time.
- PLEASE CHECK - For more accurate vehicle details, please check year/make/model on the left upside of shopping page.

› See more product details

**$27.99**
& FREE Shipping

Arrives: Dec 15 - 22

**Arrives before Christmas.**

**Only 20 left in stock - order soon.**

Qty: 20 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from BCtimingparts
Sold by BCtimingparts

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $7.24

Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 P

Have one to sell?
[ Sell on Amazon ]

**Products related to this item**
Sponsored ⓘ

Page 1 of 11


Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-Str...
★★★★☆ 156
$8.76 ✓prime


AUTOKAY Carburetor for KAWASAKI KLF300 KLF 300 1986-1995 1996-2005 Carby Carb ATV
★★★★☆ 217
$34.99 ✓prime


150cc Carburetor for GY6 4 Stroke Engines Electric Choke Motorcycle Scooter...
★★★★★ 770
$29.99 ✓prime


Race-Driven Carburetor Repair Kit Carb Kit fits KTM 300XCW 300 XCW 2006-2014
★★★★☆ 6
$23.95


PUCKY Carburetor for YAMAHA YZF400F 1998-1999,YZ426F 2001-2002,YZ450F 2003...
★★★★☆ 24
$159.99 ✓prime

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$17.99 instead of $27.99!** Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card. Learn more.**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 [ Type your question or keyword ]

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | FreieFahrt |
| Brand | FreieFahrt |
| Model | Carburetors |
| Item Weight | 1.14 pounds |
| Product Dimensions | 6.1 x 4.02 x 3.74 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 117731-5280-0928498781 |

### Additional Information

| | |
|---|---|
| ASIN | B08DKB15V5 |
| Date First Available | July 24, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

12/9/2020    Amazon.com: FreieFahrt PWK 34MM Performance Carburetor for 2016-2018 for BMW G310R 2015-2017 for Honda CBR300R 1985-1986 1990-2019 for KTM 300 2018 for Yamaha YZF R3 Carb: …

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 34 of 56 PageID #:1645

## Videos

Page 1 of 2

#### Videos for related products











| | |
|---|---|
| 1:12 | Harley Davidson: Remove the Carb Cover — eHow |
| 3:17 | How to use motorcycle carburetor carb synchronization tool — Alpha Moto |
| 1:06 | Air/Fuel Mixture Screw Adjuster- FMS001 — NICECNC |
| 1:55 | All Balls Fuel Tap Rebuild kits, fuel tap diaphragm only kits, Fuel Ta... — All Balls. |
| | 32mm Universal 27 PWK Carburetor Ca — KnightStore |

Upload your video

## Product description

**Fit For:**

2016-2018 for BMW G310R
2015-2017 for Honda CBR300R
2015-2017 for Honda CBR300R ABS
1990-1992 for KTM 300 DXC
1990-1999 for KTM 300 EGS
1990-2005 for KTM 300 EXC
2014 for KTM 300 EXC F
1985-1986 for KTM 300 GS
1986 1990 1991 for KTM 300 MX
1986 1990-2005 for KTM 300 MXC
1992-1996 for KTM 300 SX
2017 for KTM 300 SXF Factory Edition
1990-1992 for KTM 300 TXC
2006-2019 for KTM 300 XC
2009 for KTM 300 XC-E
2017 for KTM 300 XC-F
2006-2019 for KTM 300 XCW
2016-2019 for KTM 300 XC-W Six Days
2008-2009 for KTM 300 XC-WE
2015-2018 for Yamaha YZF R3
2017 for Yamaha YZF R3 ABS

**OE PART NUMBERS:**
PWK 34MM

**PACKAGE LIST:**
1 x Carburetor

## Products related to this item

Page 1 of 4

Sponsored ⓘ













| Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-Str... ⭐ 156 $8.76 ✓prime | Race-Driven Carburetor Repair Kit Carb Kit fits KTM 300XCW 300 XCW 2006-2014 ⭐ 6 $23.95 | PUCKY Carburetor for YAMAHA YZ400F 1998-1999,YZ426F 2001-2002,YZ450F 2003... ⭐ 24 $159.99 ✓prime | 150cc Carburetor for GY6 4 Stroke Engines Electric Choke Motorcycle Scooter... ⭐ 770 $29.99 ✓prime | Race-Driven Carburetor Repair Kit Carb Kit fits KTM 450SX 450 SX 2003 2004 2005 ⭐ 1 $25.95 | Race-Driven Carburetor Repair Kit Carb Kit for KTM 540SXS 540 SXS 2003 2004 2005 $25.95 |

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 35 of 56 PageID #:1646

1 star                                   0%

▾ How are ratings calculated?

**Review this product**

Share your thoughts with other customers

Write a customer review

**Customers who searched for "hula hoop" ultimately bought**

     

| Hoola Hoop for Adults,Weighted Hoola Hoop for Exercise-2lb,8 Section Detachable… | Liberiy Hoola Hoop for Adults,Weighted Hoola Hoop for Exercise-2lb,8 Sections Detachable… | Hoola Hoop for Adults,Weighted Hoola Hoop for Exercise-2lb,8 Section Detachable… | Better Sense Hoola Hoop for Adults - 8 Section Detachable Hoola Hoops, 2lb Weighted… | OHYAIAYN Hoola Hoop for Kids, Detachable Adjustable Weight/Size Plastic Kid Hoola… | REDSEASONS Hula Hoop for Adults , Lose Weight Fast by Fun Way to Workout,Easy to Spin,… |
|---|---|---|---|---|---|
| ★★★★☆ 2,354 | ★★★★☆ 190 | ★★★★☆ 983 | ★★★★☆ 110 | ★★★★☆ 89 | ★★★★☆ 748 |
| $19.99 | $19.99 | $19.99 | $19.99 | $20.99 | $19.99 |

**Inspired by your browsing history**                                                  Page 1 of 6

      

| FEIFEIER 12V Motorcycle Integrated Brake Tail Light & Turn Signals License Plate bracket… | NIBBI Racing Parts Replacement High Performance GY6 Intake Manifold Intake… | 1PZ SR1-H01 Universal Light Turn Signal Switch + Flasher Relay + Horn for Motorcycle Dirt… | SunplusTrade 2" x 50' Black Exhaust Heat Wrap Roll for Motorcycle Fiberglass Heat Shield… | Motorcycle Headlight Switch Handlebar Toggle Switch with On Off Push Button for U5 U7 U2… | Zinger 24mm&27mm Magneto Flywheel Puller for GY6 50 125 150cc Yamaha Honda… |
|---|---|---|---|---|---|
| ★★★★☆ 299 | ★★★★☆ 192 | ★★★★☆ 77 | ★★★★☆ 3,690 | ★★★★☆ 311 | ★★★★☆ 908 |
| $12.98 | $15.99 | $29.99 | $12.99 | $8.59 | $7.99 |

**Your Browsing History**   View or edit your browsing history  ›        Page 1 of 2

See personalized recommendations

       

Sign in

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

12/9/2020                                      Amazon.com : KTM

**amazon**

Deliver to
Bensenville 60106

BCtimingparts    KTM

Hello, Sign in
Account

Returns
& Orders

0

☰ All    Gift Cards    Best Sellers    Prime    Customer Service    New Releases    Find a Gift    Whole Foods    Books    AmazonBasics    Kindle Books    Toys & Games    Fashion    Sell

3 results for "KTM"

Sort by: Featured



FreieFahrt PWK 34MM Performance Carburetor for 2016-2018 for BMW G310R 2015-2017 for Honda CBR300R 1985-1986 1990-2019 for KTM...
$27.99
FREE Shipping
Only 20 left in stock - order soon.



FreieFahrt Starters Fit for 2006 2008-2013 For BETA RR 2003-2005 For KTM 250 2001-2002 2004 2005 2007 2009-2010 For KTM 400 2003-...
$47.99
FREE Shipping



FreieFahrt Starters Fit for 2013-2015 For KTM 200 2008-2015 For KTM 250 2008-2015 For KTM 300 2015 For KTM Freeride 250 R
$72.99
FREE Shipping

### Need help?

Visit the help section or contact us

---

### Top subscription apps for you

Page 1 of 7

 

Disney+
Disney
★★★★☆ 537,422
$0.00



CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 120,867
$0.00



STARZ
Starz Entertainment
★★★★☆ 99,521
$0.00



Sling TV
Sling TV LLC
★★★★☆ 58,252
$0.00



SHOWTIME
Showtime Digital Inc.
★★★★☆ 28,979
$0.00



Philo: Live & On-Demand TV
PHILO
★★★★☆ 80,629
$0.00



### Inspired by your browsing history

Page 1 of 6

 

FEIFEIER 12V Motorcycle Integrated Brake Tail Light & Turn Signals License Plate bracket...
★★★★☆ 299
$12.98



NIBBI Racing Parts Replacement High Performance GY6 Intake Manifold Intake...
★★★★☆ 192
$15.99



1PZ SR1-H01 Universal Light Turn Signal Switch + Flasher Relay + Horn for Motorcycle Dirt...
★★★★☆ 77
$29.99



SunplusTrade 2" x 50' Black Exhaust Heat Wrap Roll for Motorcycle Fiberglass Heat Shield...
★★★★☆ 3,690
$12.99



Motorcycle Headlight Switch Handlebar Toggle Switch with On Off Push Button for US U1 U2...
★★★★☆ 311
$8.59



Zinger 24mm&27mm Magneto Flywheel Puller for GY6 50 125 150cc Yamaha Honda...
★★★★☆ 908
$7.99

### Your Browsing History    View or edit your browsing history ›

Page 1 of 2

      

See personalized recommendations

**Sign in**

New customer? Start here.



SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     PLACE ORDER

# Choose your shipping options

[ Continue ]

## Shipment 1 of 1

**Shipping from BCtimingparts**  (Learn more)

Shipping to: ▆▆▆ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **FreieFahrt PWK 34MM Performance Carburetor for 2016-2018 for BMW G310R 2015-2017 for Honda CBR300R 1985-1986 1990-2019 for KTM 300 2015-2018 for Yamaha YZF R3 Carb**
  $27.99 - Quantity: 20
  Sold by: BCtimingparts

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Dec. 15 - Tuesday, Dec. 22**
FREE Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions
Ship to multiple addresses

**Payment method** Change

ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code | Apply

---

**FREE TRIAL**

, we'd hate for you to miss out on a FREE 30-day trial of Prime    Try Prime FREE for 30 days ›

**Estimated delivery:  Dec. 15, 2020 - Dec. 22, 2020**

FreieFahrt PWK 34MM Performance Carburetor for 2016-2018 for BMW G310R 2015-2017 for Honda CBR300R 1985-1986 1990-2019 for KTM 300 2015-2018 for Yamaha YZF R3 Carb
**$27.99**
Quantity: 20 Change
Sold by: BCtimingparts
Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, Dec. 15 - Tuesday, Dec. 22**
    FREE Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (20): | $559.80 |
| Shipping & handling: | $0.00 |
| Total before tax: | $559.80 |
| Estimated tax to be collected:* | $35.00 |

**Order total:    $594.80**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 39 of 56 PageID #:1650



amazon
Deliver to
Bensenville 60106

All ▾ | KTM | 🔍

Hello, Sign in
Account &amp; Lists

Returns
&amp; Orders

🛒 0

☰ All   Gift Cards   Best Sellers   Prime   Customer Service   New Releases   Find a Gift   Whole Foods   Books   AmazonBasics   Kindle Books     Spread cheer with Holiday Deals

Save on Amazon Basics Motor Oil   Shop now ›

‹ Back to results



## FreieFahrt Starters Fit for 2006 2008-2013 For BETA RR 2003-2005 For KTM 250 2001-2002 2004 2005 2007 2009-2010 For KTM 400 2003-2011 For KTM 450 2001-2002 For KTM 520 2003-2007 For KTM 525

Brand: FreieFahrt

Price: **$47.99** &amp; FREE Shipping

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- Fitment - Starter for 20062008 2009 2010 2011 2012 2013 For BETA RR 2003 2004 2005 For KTM 250 2001 20022004 20052007 2009 2010 For KTM 400 2003 2004 2005 2006 2007 2008 2009 2010 2011 For KTM 450 2001 2002 For KTM 520 2003 2004 2005 2006 2007 For KTM 525 2008 2009 2010 2011 For KTM 530 2001 2002 2003 2004 2005 For KTM 540
- Advantages - Low noise,Start quickly,Good waterproof and Low temperature resistance
- Design - high quality materials and advanced technology
- Specs -12 Volt, CCW, 9-Tooth Pinion,Mitsuba PMDD,100% New
- Attention - Please make sure your vehicle is the compatibility of the starter

› See more product details

---

**$47.99**

&amp; FREE Shipping

**Arrives:** Dec 15 - 22

**Arrives before Christmas.**

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   BCtimingparts
Sold by    BCtimingparts

📍 Deliver to Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

## Products related to this item

Sponsored ⓘ



1999 2000 2001 2002 2003 2004 2005 2006 fits KTM 250 SX 250 50 Tooth Rear Sprocket
**$28.95**

2003 2004 2005 2006 2007 2008 fits KTM 125 SX 14 Tooth Front &amp; 50 Tooth Rear Sprocket
**$39.95**

1999 2000 2001 2002 2003 2004 2005 2006 2007 fits KTM 400 SX 14 Tooth Front Sprocket
**$18.95**

1999 2000 2001 2002 2003 2004 2005 2006 fits KTM 125 SX 125 48 Tooth Rear Sprocket
**$28.95**

1999 2000 2001 2002 2003 fits KTM 400 EXC 15 Tooth Front and 50 Tooth Rear Sprocket
**$39.95**

2003 2007 13 To Tooth
**$39.**

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$37.99 instead of $47.99!** Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&amp;As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | FreieFahrt |
| Brand | FreieFahrt |
| Model | Starter |
| Item Weight | 6.89 pounds |
| Product Dimensions | 9.06 x 5.51 x 4.72 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 112609-5280-1556012771 |

### Additional Information

| | |
|---|---|
| ASIN | B08DD25X1P |
| Date First Available | July 21, 2020 |

### Warranty &amp; Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 40 of 56 PageID #:1651



**FreieFahrt Starters Fit for 2013-2015 For KTM 200 2008-2015 For KTM 250 2008-2015 For KTM 300 2015 For KTM Freeride 250 R**

Brand: FreieFahrt

Price: **$72.99** & FREE Shipping

Get $60 off instantly: Pay $12.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- Fitment - Starter for 2013 2014 2015 For KTM 200 2008 2009 2010 2011 2012 2013 2014 2015 For KTM 250 2008 2009 2010 2011 2012 2013 2014 2015 For KTM 300 2015 For KTM Freeride 250 R
- Advantages - Low noise,Start quickly,Good waterproof and Low temperature resistance
- Design - high quality materials and advanced technology
- Specs -12 Volt, CCW, 9-Tooth Pinion,Mitsuba PMDD,100% New
- Attention - Please make sure your vehicle is the compatibility of the starter

➤ See more product details

$72.99
& FREE Shipping

Arrives: Dec 15 - 22

**Arrives before Christmas.**

**In Stock.**

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   BCtimingparts
Sold by    BCtimingparts

Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

See all vehicles this product fits.

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- Your cost could be **$62.99 instead of $72.99**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | FreieFahrt |
|---|---|
| Brand | FreieFahrt |
| Model | Starter |
| Item Weight | 1.8 pounds |
| Product Dimensions | 7.87 x 4.33 x 4.33 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 112601-5280-1556015121 |

### Additional Information

| ASIN | B08DD1WX6S |
|---|---|
| Date First Available | July 21, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

12/3/2020      Amazon.com: Anpart Starter Relay Fit for 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450: Automotive

☰ **amazon**   Deliver to Bensenville 60106   All ▾   KTM relay    🔍   🇺🇸   Hello, Sign in Account ▾   Returns & Orders   🛒 0

Gift Cards   Best Sellers   Prime ▾   Customer Service   New Releases   Find a Gift   Whole Foods   Books   AmazonBasics   Kindle Books   Today's Deals   Toys & Games     **Gifts for every gamer**

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicles

Save on Amazon Basics Motor Oil   shop now ▸

Automotive › Motorcycle & Powersports › Parts › Electrical & Batteries › Starters

## Anpart Starter Relay Fit for 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450

Brand: ANPART

Price: **$12.79** & **FREE Shipping**

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Vehicle Type: 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 KTM 250 2009 2010 2017 KTM 300 2011 2012 2013 2014 2015 2016 2017 KTM 350 2007 2009 2011 2012 2014 KTM 450
- Function-The starter relay is to redirect power from the car battery to the starter solenoid and then activate the starter to spin the engine
- Advantages of ANPART Relay: Every electrical unit adopts premium materials and uncompromising craftsmanship. A new ANPART solenoid relay will restore precise, quick starts in a vehicle
- Easy Installation:The starter relay is specially designed according to OE specifications to ensure accurate and easy to install
- Comprehensive Sales Support: If you have any problems or questions with our this pump, please simply contact us, we will reply within 24 hours

› See more product details

Roll over image to zoom in

**$12.79**
& FREE Shipping

Arrives: Dec 9 - 16

Only 15 left in stock - order soon.

Qty: 15 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   ANPART
Sold by     ANPART

Return policy: Extended holiday return window till Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### Brands related to this category on Amazon

Sponsored



Coil Electromagnetic Power Relay

Shop TWTADE ›

Professional 4 pin 5 pin Car Relay

Shop EHDIS ›

### Products related to this item

Sponsored ⓘ

< 



Cyleto Starter Solenoid Relay for YAMAHA BRUIN 250 YFM250 2006 BRUIN 350...
★★★★☆ 44
$6.99 ✓prime



Zoom Zoom Parts Starter Relay Solenoid For Yamaha Raptor 660 YFM660 ATV 2001...
★★★☆☆ 4
$14.95



ZZOY Starter Solenoid Relay for YAMAHA RAPTOR 660 YFM660 2001 2002 2003 2004...
★★★★★ 5
$8.15



New Replacement 12V Starter Relay For KTM 450 500 525 530 EXC Dirt Bikes 58211058000
★★★★☆ 3
$31.69



Replace Starter Solenoid Relay for Yamaha - ATV Starter Solenoid for YFM 350 400 45...
★★★★☆ 29
$12.99 ✓prime



Rareelectrical NEW STARTER RELAY COMPATIBLE WITH KTM 200 250 300 350 EXC...
★★★★★ 1
$44.95

Page 1 of 5

>

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- Your cost could be **$2.79 instead of $12.79**! Get **$10.00 off instantly** as a gift card upon approval for the Amazon.com Store Card. Learn more.

### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product information

**Technical Details**

| Manufacturer | ANPART |
| --- | --- |
| Brand | ANPART |

**Additional Information**

| ASIN | B08B1BQS36 |
| --- | --- |
| Date First Available | June 11, 2020 |

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 42 of 56 PageID #:1653

| Model | Relay |
|---|---|
| Item Weight | 3.87 ounces |
| Product Dimensions | 3.15 x 2.36 x 1.97 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 160124-5260-1412414862 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Videos

#### Videos for related products


0:39
Remove the Solenoid

eHow


1:42
About the Harley Davidson Fat Boy

eHow


0:51
Replace Motorcycle Solenoid

eHow


0:21
maXpeedingrods Complete Recoil Starter Pull Start Assembly for...

maXpeedingrods-us


NICHE Your Afterm... Powersports Repla...

Mishon Corporation

[Upload your video]

**Product description**

Replacement¼ś
2003-2017 KTM 250
2009-2010 2017 KTM 300
2011-2017 KTM 350
2007 2009 2011 2012 2014 KTM 450

**Package Includes:**
1*starter solenoid

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

[Write a customer review]

12/3/2020          Amazon.com: Airport Starter Relay Fit for 2003-2017 KTM 250 2009-2010 2017 KTM 300 2011-2017 KTM 350 2007 2009 2011 2012 2014 KTM 450: Automotive

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 43 of 56 PageID #:1654

## Deals in magazine subscriptions










**Shape**
★★★★☆ 19
Print Magazine
$3.00

**Real Simple**
★★★★☆ 8,148
Print Magazine
$5.00

**Food Network Magazine**
★★★★☆ 72
Print Magazine
$6.00

**Entrepreneur Magazine**
★★★☆☆ 10
Print Magazine
$5.00

**Architectural Digest**
★★★★☆ 1,006
Print Magazine
$5.00

**Southern Living**
★★★★☆ 4,053
Print Magazine
$5.00

## Best sellers in Kindle eBooks








**American Dirt (Oprah's Book Club): A Novel**
› Jeanine Cummins
★★★★☆ 26,454
Kindle Edition
$14.99

**Bloodline**
› Jess Lourey
★★★★☆ 16
Kindle Edition
$4.99

**A Promised Land**
› Barack Obama
★★★★★ 4,680
Kindle Edition
$17.99

**The Not-Outcast: A hockey standalone!**
› Tijan
★★★★☆ 79
Kindle Edition
$3.99

**Make Me Yours**
› Melanie Harlow
★★★★★ 570
Kindle Edition
$2.99

**Victory at Prescott High (The Havoc Boys Book 5)**
› C.M. Stunich
★★★★★ 91
Kindle Edition
$4.99

**Your Browsing History**   View or edit your browsing history  ›

See personalized recommendations

**Sign in**

New customer? Start here.









Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English      United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

☰ **amazon** Deliver to Bensenville 60106 | ANPART | KTM | 🔍 | 🇺🇸 | Hello, Sign in Account ▾ | Returns & Orders | 🛒 0

Gift Cards | Best Sellers | Prime ▾ | Customer Service | New Releases | Find a Gift | Whole Foods | Books | AmazonBasics | Kindle Books | Today's Deals | Toys & Games | Sell | Fashion

7 results for **"KTM"**

Sort by: Featured ▾



Anpart Starter Relay Fit for 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450
$12⁷⁹
FREE Shipping
Only 15 left in stock - order soon.



ANPART Starter Fit for 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010 KTM 400 2003-2011 KTM 450...
$65⁹³
FREE Shipping



ANPART Starter Fit for 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R
$96⁷⁰
FREE Shipping



ANPART ATV Motor Front and Rear Brake Pads Assembly Fit For 1991-1994 for Husaberg FE350 1992-1993 for Husaberg FC499
$13⁴⁹
FREE Shipping



ANPART ATV Motor Front and Rear Brake Pads Assembly Fit For 1991-1994 for Husaberg FE350 1992-1993 for Husaberg FC499
★★★★★ ⌄ 1
$14⁴⁹
FREE Shipping



ANPART ATV Motor Rear Brake Pads Assembly Fit For 1991-1994 for Husaberg FE350 1992-1993 for Husaberg FC499
$11⁵⁹
FREE Shipping



ANPART 1Pc black 60CM Motorcycle Braided Steel Brake Clutch Oil Hoses Line Pipe
$16⁴⁹
FREE Shipping



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

<div style="float:right">Continue</div>

**Shipment 1 of 1**

**Shipping from ANPART**   (Learn more)

Shipping to [ ] 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Anpart Starter Relay Fit for 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450**
  $12.79 · Quantity: 15
  Sold by: ANPART

Change quantities or delete

**Choose a delivery option:**

○ **Wednesday, Dec. 9 - Wednesday, Dec. 16**
FREE Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions
Ship to multiple addresses

**Payment method** Change

ending in

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

Enter Code      Apply

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items (15):                      $191.85
Shipping & handling:              $0.00

Total before tax:              $191.85
Estimated tax to be collected:*  $12.00

**Order total:**              **$203.85**

How are shipping costs calculated?

**FREE TRIAL**

____, we're giving you 30 days of Prime benefits for FREE        Try Prime FREE for 30 days ›

**Estimated delivery:  Dec. 9, 2020 - Dec. 16, 2020**

**Anpart Starter Relay Fit for 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450**
**$12.79**
Quantity: 15 Change
Sold by: ANPART
📦 Gift options not available.

**Choose a delivery option:**
◉ Wednesday, Dec. 9 - Wednesday, Dec. 16
   FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 47 of 56 PageID #:1658

☰  amazon    Deliver to
                Bensenville 60106    All ▾  KTM                    🔍  🇺🇸  Hello, Sign in    Returns        🛒
                                                                        Account ▾   & Orders        0

Gift Cards   Best Sellers   Prime ▾   Customer Service   New Releases   Find a Gift   Whole Foods   Books   AmazonBasics   Kindle Books   Today's Deals   Toys & Games   Shop today's deals now

Save on Amazon Basics Motor Oil   Shop now ▸

‹ Back to results



Roll over image to zoom in

## ANPART Starter Fit for 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010 KTM 400 2003-2011 KTM 450 2001-2002 KTM 520 2003-2007 KTM 525 2008-2011 KTM 530 2001-2005 KTM 540

Brand: ANPART

Price: **$65.93** & FREE Shipping

Get $60 off instantly: Pay $5.93 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Vehicle Type:2006 2008-2013 BETA RR 2003-2005 KTM 250 2001-2002 2004-2005 2007 2009 2010 KTM 400 2003-2011 KTM 450 2001-2002 KTM 520 2003-2007 KTM 525 2008-2011 KTM 530 2001-2005 KTM 540
- OE Number:19620,ARROWHEAD SMU0417 BETA 3625366000 J & N 410-54136 KTM 59040001000, 78040001000 LESTER 19620 MITSUBA SM14, SM14-228 POLARIS 4011801 SOCIETA GENERALE RICAMBI 17.8191 TUCKER ROCKY 463985, 495806, 49-5806 WAI 19620N
- Specification:12 Volt, CCW, 9-Tooth Pinion;Mitsuba PMDD;100% New;Replaces - KTM 59040001000, 78040001000, Polaris 4011801
- Advantages of ANPART starters:Employing a heavy-duty meshing mechanism;Further enhancement of the planetary gear unit;Optimizing the commutator for a longer life;Replacement part concepts matched with the original equipment
- Comprehensive Sales Support: If you have any problems or questions with our this starter, please simply contact us, we will reply within 24 hours

› See more product details



**$65.93**
& FREE Shipping
Arrives: Dec 9 - 16

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from   ANPART
Sold by      ANPART

Return policy: Extended holiday return window till Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ 📘 🐦 📌

Have one to sell?
[ Sell on Amazon ]

## Products related to this item

Sponsored ⓘ                                                                                              Page 1 of 15

‹                ›

| 13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014 | 2007 2008 2009 2010 2011 fits KTM 450 XC-W 48 Tooth Rear Sprocket | 1999 2000 2001 2002 2003 2004 2005 2006 2007 fits KTM 400 EXC 50 Tooth Rear Sprocket | 2007 2008 2009 2010 2011 2012 2013 fits KTM 450 XC-F 52 Tooth Rear Sprocket | 1999 2000 2001 2002 2003 2004 2005 2006 2007 fits KTM 400 SX 14 Tooth Front Sprocket | Swing Arm Bearing Kits by Factory Links, Fits: KTM (2003-2019), Husqvarna (2014-201… |
| $18.95 | $28.95 | $28.95 | $28.95 | $18.95 | ★★★★☆ 6   $75.90 ✓prime |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- Your cost could be **$55.93** instead of $65.93! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
| --- | --- |
| Manufacturer | ANPART |
| Brand | ANPART |
| Item Weight | 6.89 pounds |
| Product Dimensions | 9.06 x 5.51 x 4.72 inches |
| Item model number | 112609-5260-1155147981 |
| Exterior | Machined |
| Manufacturer Part Number | 112609-5260-1155147981 |

### Additional Information

| | |
| --- | --- |
| ASIN | B085DJ5RVW |
| Date First Available | March 2, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾

12/3/2020
Amazon.com: ANPART Starter Fit for 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R

‹ Back to results



Roll over image to zoom in

### ANPART Starter Fit for 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R

Brand: ANPART

Price: **$96.70** & FREE Shipping

Get $60 off instantly: Pay $36.70 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Vehicle Type:2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R
- OE Number:19091,Arrowhead SMU0505, SMU0525 KTM 55140001000, 55140001100 Lester 19091, 19091N Tucker Rocky 464244
- Specification:12 Volt, CCW, 9-Tooth Pinion;Mitsuba PMDD;100% New;350W Rated Power;Replaces - KTM 55140001000, Mitsuba SM16, Original Reference Number 94078610
- Advantages of ANPART starters: Employing a heavy-duty meshing mechanism;Further enhancement of the planetary gear unit;Optimizing the commutator for a longer life;Replacement part concepts matched with the original equipment
- Comprehensive Sales Support: If you have any problems or questions with our this starter, please simply contact us, we will reply within 24 hours

› See more product details

**$96.70**
& FREE Shipping

Arrives: Dec 9 - 16

**In Stock.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ANPART
Sold by ANPART

Return policy: Extended holiday return window till Jan 31, 2021

Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

---

### Customers also viewed these products

Page 1 of 8



**NEW KTM UNIVERSAL BAG 2007-2017 690 1190 1290 DUKE ENDURO ADVENTURE...**
⭐ 25
$67.99



**Motorcycle Swingarm Guard Swing Arm Protector For fits TC125 TC250 FC250 FC350...**
⭐ 54
$23.99
Only 12 left in stock - orde...



**NICECNC Orange Motocross Chain Guide Guard compatible with SX SXF XC XCF XCW...**
⭐ 10
$25.99
Only 9 left in stock - order...



**Factory Effex EVO 16 Shroud Graphic Kit - KTM for 13-15 KTM 250SX**
⭐ $65.33
Only 5 left in stock - order...



**KTM 2008-2012 200 250 300 450 530 XC EXC XCW Headlight Assembly Orange MASK KIT**
⭐ 8
$165.00
Only 2 left in stock - order...

---

### Products related to this item

Page 1 of 13

Sponsored 🛈



**KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000**
⭐ 24
$31.49



**13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014**
⭐ $18.95



**KTM PowerParts Composite Skid Plate KTM 250 350 SX-F/XC-F Cmpl. 2019-2020**
$207.99



**NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...**
⭐ 7
$184.99



**KTM 250 SX/XC/XC-W TPI/XC TPI Piston Kit 2019 2020 OEM: 00050000262**
$312.19

**KTM 125 SX Piston Kit 2018 2019 2020 OEM: 00050000246**
$259.39

See all vehicles this product fits.

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$86.70 instead of $96.70**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card. Learn more.**

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 49 of 56 PageID #:1660

≡    amazon    Deliver to
              Bensenville 60106    All ▾    KTM relay                                    🔍    🇺🇸    Hello, Sign in    Returns    0
                                                                                                  Account ▾    & Orders

Gift Cards    Best Sellers    Prime ▾    Customer Service    New Releases    Find a Gift    Whole Foods    Books    AmazonBasics    Kindle Books    Today's Deals          Shop the Holiday Toy List

Automotive    Your Garage    Deals & Rebates    Best Sellers    Parts ▾    Accessories ▾    Tools & Equipment ▾    Car Care ▾    Motorcycle & Powersports ▾    Truck ▾    RV ▾    Tires & Wheels ▾    Vehicles

Save on Amazon Basics Motor Oil    shop now ▸

Automotive › Motorcycle & Powersports › Parts › Electrical & Batteries › Starters



Roll over image to zoom in

## ANGLEWIDE Starter Relay Solenoid Compatible for 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450

Visit the ANGLEWIDE Store

Price: **$13.09** & FREE Shipping

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- VEHICLE COMPATIBLE --Starter relay solenoid replace with 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 KTM 250 2009 2010 2017 KTM 300 2011 2012 2013 2014 2015 2016 2017 KTM 350 2007 2009 2011 2012 2014 KTM 450
- USAGE-- the starter relay is used to redirect power from the car battery to the starter solenoid and then activate the starter to spin the engine
- WHY REPLACED --- Starter relays are faulty if there are problems starting the engine, the starter stays on after cranking, or a clicking noise comes from the starter
- OUR ADVANTAGE-- Made from high-quality materials to insure maximizing performance and resisting abrasion and corrosion
- WARM TIP-- Whether there is a choice or not, have confidence in knowing that what we offer is guaranteed to fit your particular year, make and model vehicle

› See more product details

**$13.09**
& FREE Shipping

Arrives: Dec 9 - 16

**Only 15 left in stock - order soon.**

Qty: 15 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from    ANGLEWIDE
Sold by       ANGLEWIDE

Return policy: Extended holiday return window till Jan 31, 2021

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ 📘 🐦 📌

Have one to sell?

[ Sell on Amazon ]

### Brands related to this category on Amazon
Sponsored



Coil Electromagnetic Power Relay

Shop TWTADE ›

Professional 4 pin 5 pin Car Relay

Shop EHDIS ›

### Products related to this item
Sponsored ⓘ                                                                                                   Page 1 of 5

‹                            ›

Cyleto Starter Solenoid Relay for YAMAHA BRUIN 250 YFM250 2006 BRUIN 350...    Zoom Zoom Parts Starter Relay Solenoid For Yamaha Raptor 660 YFM660 ATV 2001...    ZZOY Starter Solenoid Relay for YAMAHA RAPTOR 660 YFM660 2001 2002 2003 2004...    Replace Starter Solenoid Relay for Yamaha - ATV Starter Solenoid for YFM 350 400 45...    New New Starter Relay Replacement For KTM 150 200 250 300 400 450 500 XCW Dirt Bike...    Rareelectrical NEW STARTER RELAY COMPATIBLE WITH KTM 200 250 300 350 EXC...

⭐⭐⭐⭐☆ 44    ⭐⭐⭐½ 4    ⭐⭐⭐⭐⭐ 5    ⭐⭐⭐½ 29    ⭐⭐⭐⭐⭐ 1    ⭐⭐⭐⭐⭐ 1
$6.99 ✓prime    $14.95    $8.15    $12.99 ✓prime    $31.69    $44.95

### Special offers and product promotions
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$3.09 instead of $13.09!** Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card. Learn more.**

### Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product information

| Technical Details | | Additional Information | |
|---|---|---|---|
|  |  | ASIN | B08B14JNS9 |

| Manufacturer | ANGLEWIDE |
| Brand | ANGLEWIDE |
| Model | Relays |
| Item Weight | 3.87 ounces |
| Product Dimensions | 3.15 x 2.36 x 1.97 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 160124-5247-1349500252 |

Date First Available · June 11, 2020

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products


0:39
Remove the Solenoid
eHow


1:42
About the Harley Davidson Fat Boy
eHow


0:51
Replace Motorcycle Solenoid
eHow


0:21
maXpeedingrods Complete Recoil Starter Pull Start Assembly for…
maXpeedingrods-us

NICHE Your Aftem…
Powersports Repla…
Mishon Corporation

Upload your video

## Product description

FITMENT INFORMATIONï¼š
FITS THE FOLLOWING MODELS:
2003-2005 KTM250EXC Racing
2012-2017 KTM250SXF
2009-2013 KTM250XC
2007-2009 2012-2013 KTM250XC-F
2006-2013 KTM250XCF-W
2010 KTM250XCF-W Champions Edition
2011 KTM250XCF-W Six Days
2008-2013 KTM250XCW
2009-2010 2017 KTM300XC
2013-2016 KTM350EXC F
2011-2017 KTM350SXF
2009 2011 KTM450EXC
2007 KTM450EXC Racing
2012 2014 KTM450SMR

PRODUCT DESCRIPTION:
Condition: New
Modified Item: No
Non-Domestic Product: Yes
Custom Bundle: No
Unit Type: Part
Part: Starter Relay solenoid
Voltage: 12

PACKAGE CONTENT:
1*12v solenoid

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

12/3/2020          Amazon.com: ANGLEWIDE Starter Relay Solenoid Compatible for 2003-2017 KTM 2502009-2010-3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450: Automotive

Case: 1:21-cv-01279 Document #: 69-1 Filed: 06/21/21 Page 51 of 56 PageID #:1662

**Review this product**

Share your thoughts with other customers

| Write a customer review |

---

## Deals in magazine subscriptions

Page 1 of 7

       

**Yachting**
★★★★☆ 2
Print Magazine
$8.00

**Real Simple**
★★★★☆ 8,148
Print Magazine
$5.00

**Food Network Magazine**
★★★★☆ 72
Print Magazine
$6.00

**National Geographic Kids**
★★★★☆ 7,939
Print Magazine
$10.00

**Car and Driver**
★★★★☆ 39
Print Magazine
$7.50

**HGTV Magazine**
★★★★☆ 38
Print Magazine
$10.00

## Best sellers in Kindle eBooks

Page 1 of 6

     

**American Dirt (Oprah's Book Club): A Novel**
› Jeanine Cummins
★★★★☆ 26,454
Kindle Edition
$14.99

**Bloodline**
› Jess Lourey
★★★★☆ 16
Kindle Edition
$4.99

**A Promised Land**
› Barack Obama
★★★★★ 4,680
Kindle Edition
$17.99

**The Not-Outcast: A hockey standalone!**
› Tijan
★★★★☆ 79
Kindle Edition
$3.99

**Make Me Yours**
› Melanie Harlow
★★★★☆ 570
Kindle Edition
$2.99

**Victory at Prescott High (The Havoc Boys Book 5)**
› C.M. Stunich
★★★★★ 89
Kindle Edition
$4.99

**Your Browsing History**   View or edit your browsing history ›

      

See personalized recommendations

| Sign in |

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

 English      United States

Amazon Music
Stream millions of songs

Amazon Advertising

Amazon Drive
Cloud storage from Amazon

6pm

AbeBooks
Books, art & collectibles

ACX

Alexa

12/3/2020                                                                Amazon.com : KTM

☰  **amazon**  📍Deliver to
Bensenville 60106 | ANGLEWIDE ⌄ | KTM | 🔍 | 🇺🇸⌄ | Hello, Sign in
Account ⌄ | Returns
& Orders | 🛒 0

Gift Cards | Best Sellers | Prime ⌄ | Customer Service | New Releases | Find a Gift | Whole Foods | Books | AmazonBasics | Kindle Books | Today's Deals | Toys & Games | Sell | Fashion

5 results for **"KTM"**                                                    Sort by: Featured ⌄



ANGLEWIDE Starter Relay Solenoid Compatible for 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 201...
$13.09
FREE Shipping
Only 15 left in stock - order soon.



ANGLEWIDE Starters Compatible for 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R (US Stock)
$78.99
FREE Shipping



ANGLEWIDE Starters Compatible for 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R (US Stock)
$83.99
Save 15% with coupon
FREE Shipping



ANGLEWIDE Starters Compatible for 2006 2008-2013 BETA RR 2003-2005 KTM 250 2001 2002 2004 2005 2007 2009 2010 KTM 400 2003-...
$61.99
Save 15% with coupon
FREE Shipping



ANGLEWIDE black Motorcycle Brake Oil Hose Line Pipe Fitting Stainless Steel Braided Cable (60cm)
$17.49
FREE Shipping

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search   What's this? ⌄                Page 1 of 3

‹                                                                                    ›



## Choose your shipping options

<div align="right">

**Continue**

</div>

### Shipment 1 of 1

**Shipping from ANGLEWIDE**   (Learn more)

Shipping to ▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

**Choose a delivery option:**

○ **Wednesday, Dec. 9 - Wednesday, Dec. 16**
    FREE Shipping

- **ANGLEWIDE Starter Relay Solenoid Compatible for 2003-2017 KTM 2502009-2010 2017 KTM 3002011-2017 KTM 3502007 2009 2011 2012 2014 KTM 450**
  $13.09 · Quantity: 15
  Sold by: ANGLEWIDE

Change quantities or delete

<div align="right">

**Continue**

</div>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (15): | $196.35 |
| Shipping & handling: | $0.00 |
| Total before tax: | $196.35 |
| Estimated tax to be collected:* | $12.30 |

**Order total:**     **$208.65**

How are shipping costs calculated?

**Shipping address** Change

████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ██████
Add delivery instructions
Ship to multiple addresses

**Payment method** Change

ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code] [Apply]



**FREE TRIAL**

████, we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days >

**Estimated delivery:** Dec. 9, 2020 - Dec. 16, 2020

ANGLEWIDE Starter Relay Solenoid
Compatible for 2003-2017 KTM 2502009-
2010 2017 KTM 3002011-2017 KTM 3502007
2009 2011 2012 2014 KTM 450
**$13.09**
**Quantity:** 15 Change
Sold by: ANGLEWIDE
🎁 Gift options not available.

Choose a delivery option:
● Wednesday, Dec. 9 - Wednesday, Dec. 16
    FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

‹ Back to results

Roll over image to zoom in

# ANGLEWIDE Starters Compatible for 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R (US Stock)

Visit the ANGLEWIDE Store

Price: $78.99 & **FREE Shipping**

Get $60 off instantly: Pay $18.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Starters for 2013 2014 2015 KTM 200 2008 2009 2010 2011 2012 2013 2014 2015 KTM 250 2008 2009 2010 2011 2012 2013 2014 2015 KTM 300 2015 KTM Freeride 250 R
- 19091,Arrowhead SMU0505, SMU0525KTM 55140001000, 55140001100Lester 19091, 19091NTucker Rocky 464244
- A faulty starter motor can sound like a flat battery, the engine turns over slowly or not at all
- Engineering enhancements to internal components provide the latest, most efficient unit for your vehicle
- Whether there is a choice or not, have confidence in knowing that what we offer is guaranteed to fit your particular year, make and model vehicle

› See more product details

$78.99
& **FREE Shipping**
Arrives: **Dec 9 - 16**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ANGLEWIDE
Sold by ANGLEWIDE

Return policy: Extended holiday return window till Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?
Sell on Amazon

## Products related to this item

Page 1 of 15

Sponsored

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
24
$31.49

2011 2012 2013 2014 fits KTM 300 XC-W 300 13 Tooth Front and 50 Tooth Rear Sprocket
$39.95

KTM Skid Plate Poly Resin Quick Release 125/150 2012-2013 OEM: 50303190000
$99.99

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
$43.95

13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014
$18.95

See all vehicles this product fits.

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$68.99 instead of $78.99**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | ANGLEWIDE |
| Brand | ANGLEWIDE |
| Model | Motors |
| Item Weight | 7.24 pounds |
| Product Dimensions | 9.06 x 5.51 x 5.51 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 112757-5247-1759126922 |

### Additional Information

| | |
|---|---|
| ASIN | B088QTZ17T |
| Date First Available | May 4, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

amazon Deliver to Bensenville 60106 | All | KTM | Hello, Sign in Account | Returns & Orders | 0

Gift Cards | Best Sellers | Prime | Customer Service | New Releases | Find a Gift | Whole Foods | Books | AmazonBasics | Kindle Books | Today's Deals | Treat yourself to Holiday Deals

Select your vehicle: Year | Make | Model | Check Fit | Your Garage (0)

‹ Back to results

Roll over image to zoom in

# ANGLEWIDE Starters Compatible for 2013-2015 KTM 200 2008-2015 KTM 250 2008-2015 KTM 300 2015 KTM Freeride 250 R (US Stock)

Visit the ANGLEWIDE Store

Price: $83.99 & **FREE Shipping**

Coupon ☐ Save an extra 15% when you apply this coupon.
Details

**Pay $14.00/month for 6 months, interest-free upon approval for the Amazon Rewards Visa Card**

- Starters for 2013 2014 2015 KTM 200 2008 2009 2010 2011 2012 2013 2014 2015 KTM 250 2008 2009 2010 2011 2012 2013 2014 2015 KTM 300 2015 KTM Freeride 250 R
- 19091,Arrowhead SMU0505, SMU0525KTM 55140001000, 55140001100Lester 19091, 19091NTucker Rocky 464244
- A faulty starter motor can sound like a flat battery, the engine turns over slowly or not at all
- Engineering enhancements to internal components provide the latest, most efficient unit for your vehicle
- Whether there is a choice or not, have confidence in knowing that what we offer is guaranteed to fit your particular year, make and model vehicle

› See more product details

$83.99
& **FREE Shipping**
Arrives: **Dec 9 - 16**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ANGLEWIDE
Sold by ANGLEWIDE

Return policy: Extended holiday return window till Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?
Sell on Amazon

## Products related to this item

Sponsored

Page 1 of 15

13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014
$18.95

KTM/FMF Fatty Pipe 250/300 2019-2020 OEM: 55505907000
$259.99

2013, 2015 fits KTM 85SX 85 SX Rear Severe Duty Brake Pads
$21.95

2007 2008 2009 fits KTM 300 XC 300 13 Tooth Front and 48 Tooth Rear Sprocket
$39.95

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
24
$31.49

See all vehicles this product fits.

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | ANGLEWIDE |
| Brand | ANGLEWIDE |
| Model | Motors |
| Item Weight | 1.8 pounds |
| Product Dimensions | 7.87 x 4.33 x 4.33 inches |
| Item model number | Adjustable |
| Manufacturer Part Number | 112601-5247-0911419611 |

### Additional Information

| | |
|---|---|
| ASIN | B08797NHYL |
| Date First Available | April 6, 2020 |

### Feedback

Would you like to tell us about a lower price?



