IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KTM AG,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>  Defendants. | Case No. 21-cv-1279<br><br>Judge Robert M. Dow, Jr. |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISSOLVE OR MODIFY THE PRELIMINARY INJUNCTION**

Plaintiff, KTM AG, ("Plaintiff"), by and through its counsel, responds to Defendants' Motion to Dissolve or Modify the Preliminary Injunction as set forth below.

1. On March 8, 2021, Plaintiff filed a Complaint alleging trademark infringement and counterfeiting, false designation of origin and violation of Illinois Uniform Deceptive Trade Practices Act. [Dkt. No. 1].

2. On April 28, 2021, this Court entered a Temporary Restraining Order, which instructed Amazon,com, Inc. to freeze the accounts of the Defendants listed in Schedule A, which included Defendants No. 3 "abaowus", No. 10 "Amarzon-Automotive Parts", No. 44 "Carbour", No. 110 "GUOLI1", No. 121 "HENGXIANGPARTS" and No. 146 "JOAUTOPARTS". [Dkt. No. 19].

3. On May 20, 2021, this Court entered a Preliminary Injunction which extended the relief sought in the Temporary Restraining Order. [Dkt. No. 37].

4. On June 8, 2021, Defendants No. 3 "abaowus", No. 10 "Amarzon-Automotive Parts", No. 44 "Carbour", No. 110 "GUOLI1", No. 121 "HENGXIANGPARTS" and No. 146 "JOAUTOPARTS" filed a Motion to Dissolve or Modify the Preliminary Injunction. [Dkt. No. 47]. All six (6) Defendants are represented by the same counsel.

5. On June 24, 2021, the parties reached an asset-restraint agreement whereby the proscribed restrictions set forth in Plaintiff's Preliminary Injunction for Defendants No. 3 "abaowus", No. 10 "Amarzon-Automotive Parts", No. 44 "Carbour", No. 110 "GUOLI1", No. 121 "HENGXIANGPARTS" and No. 146 "JOAUTOPARTS" are lifted except for a monetary freeze as set forth in a separate order.

Respectfully submitted,

Dated: June 25, 2021

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
KTM AG

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Response was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 25, 2021.

                                                                           s/Michael A. Hierl