# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

KTM AG

                                  Plaintiff,

v.

                                  Case No.: 1:21−cv−01279

                                  Honorable Robert M. Dow Jr.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 7, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Defendants filed to appear. Plaintiff's motion for default judgment [110] is granted. Signed Order to follow. Civil case terminated. The Court will issue a ruling on petition for costs and fees pursuant to 15 U.S.C. § 1117(a) [114] by mail. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.