# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

KTM AG

           Plaintiff,

v.

Case No.: 1:21−cv−01279

Honorable Robert M. Dow Jr.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 20, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: As confirmed on the record at the hearing on Plaintiff's motion for default judgment, this case has settled as to all Defendants that have appeared in the case and final default judgment has been entered as to all Defendants that have not appeared. The sole remaining issue is a motion for attorneys' fees [113], which is collateral to the merits. All other open motions [47, 57, 69, 97] are terminated as moot pursuant to the settlements. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.